LAWRENCEVILLE

Resident Account Summary

Tuesday, September 22, 2020 @13:10

For Inmate ID: 1007103 RAYNOR, JAMES HERMAN

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 05/24/2019 | EPR | OID:100640571-ComisaryPur( | -101.82 | 0.80 | 0.00 | 0.00 | 05/24/2019 |
| 05/20/2019 | DEPMO NO DE | JPAY DEPOSIT S. ETHERIDGE | 100.00 | 102.62 | 0.00 | 0.00 | 05/20/2019 |
| 05/08/2019 | EPR | OID:100638263-ComisaryPur( | -99.46 | 2.62 | 0.00 | 0.00 | 05/08/2019 |
| 05/06/2019 | FUNDRAISER | MOTHER'S DAY PINK CARNATI( | -6.00 | 102.08 | 0.00 | 0.00 | 05/06/2019 |
| 05/03/2019 | PROTHESIS | VOID-12/20/18 CPAP - VOID | -25.00 | 108.08 | 0.00 | 0.00 | 05/03/2019 |
| 05/03/2019 | <PROTHESIS> | VOID-12/20/18 CPAP - VOID | 25.00 | 108.08 | 25.00 | 0.00 | 05/03/2019 |
| 04/29/2019 | DEPMO NO DE | JPAY DEPOSIT S. ETHERIDGE | 65.00 | 83.08 | 0.00 | 0.00 | 04/29/2019 |
| 04/26/2019 | <COPIES> | MEDICAL COPIES | -1.10 | 18.08 | 0.00 | 0.00 | 04/26/2019 |
| 04/26/2019 | COPIES | MEDICAL COPIES | 1.10 | 19.18 | 1.10 | 0.00 | 04/26/2019 |
| 04/24/2019 | EPR | OID:100636801-ComisaryPur( | -46.10 | 19.18 | 0.00 | 0.00 | 04/24/2019 |
| 04/24/2019 | EPR | OID:100636592-ComisaryPur( | -27.59 | 65.28 | 0.00 | 0.00 | 04/24/2019 |
| 04/17/2019 | EPR | OID:100635493-ComisaryPur( | -56.14 | 92.87 | 0.00 | 0.00 | 04/17/2019 |
| 04/15/2019 | DEPMO NO DE | JPAY DEPOSIT S. ETHERIDGE | 75.00 | 149.01 | 0.00 | 0.00 | 04/15/2019 |
| 04/08/2019 | EPR | OID:100634409-ComisaryPur( | -89.70 | 74.01 | 0.00 | 0.00 | 04/08/2019 |
| 04/03/2019 | <COPIES> | Payment for COPIES on 201( | -6.00 | 163.71 | 0.00 | 0.00 | 04/03/2019 |
| 04/03/2019 | <COPIES> | Payment for COPIES on 201( | -3.00 | 169.71 | 6.00 | 0.00 | 04/03/2019 |
| 04/03/2019 | <COPIES> | Payment for COPIES on 201( | -2.80 | 172.71 | 9.00 | 0.00 | 04/03/2019 |
| 04/03/2019 | <PROTHESIS> | Payment for PROTHESIS on : | -25.00 | 175.51 | 11.80 | 0.00 | 04/03/2019 |
| 04/03/2019 | DEPMO NO DE | JPAY DEPOSIT S. ETHERIDGE | 200.00 | 200.51 | 36.80 | 0.00 | 04/03/2019 |
| 01/24/2019 | EPR | OID:100625760-ComisaryPur( | -1.79 | 0.51 | 36.80 | 0.00 | 01/24/2019 |
| 01/16/2019 | EPR | OID:100624294-ComisaryPur( | -30.00 | 2.30 | 36.80 | 0.00 | 01/16/2019 |
| 01/14/2019 | DEPMO NO DE | JPAY DEPOSIT S. ETHERIDGI | 30.00 | 32.30 | 36.80 | 0.00 | 01/14/2019 |
| 01/07/2019 | PROTHESIS | 12/20/18 CPAP | 25.00 | 2.30 | 36.80 | 0.00 | 01/07/2019 |
| 12/06/2018 | COPIES | LEGAL COPIES | 6.00 | 2.30 | 11.80 | 0.00 | 12/06/2018 |
| 10/24/2018 | COPIES | MEDICAL COPIES | 3.00 | 2.30 | 5.80 | 0.00 | 10/24/2018 |
| 09/12/2018 | COPIES | LEGAL COPIES | 2.80 | 2.30 | 2.80 | 0.00 | 09/12/2018 |
| 09/07/2018 | FUNDRAISER | SUBS FUNDRAISER | -8.00 | 2.30 | 0.00 | 0.00 | 09/07/2018 |
| 09/06/2018 | EPR | OID:100608319-ComisaryPur( | -25.09 | 10.30 | 0.00 | 0.00 | 09/06/2018 |
| 09/05/2018 | DEPMO NO DE | JPAY DEPOSIT S. ETHERIDGI | 35.00 | 35.39 | 0.00 | 0.00 | 09/05/2018 |
| 07/25/2018 | EPR | OID:100603249-ComisaryPur( | -1.70 | 0.39 | 0.00 | 0.00 | 07/25/2018 |
| 07/17/2018 | EPR | OID:100602151-ComisaryPur( | -32.50 | 2.09 | 0.00 | 0.00 | 07/17/2018 |
| 07/16/2018 | <COPIES> | Payment for COPIES on 201( | -1.30 | 34.59 | 0.00 | 0.00 | 07/16/2018 |
| 07/16/2018 | DEPMO NO DE | JPAY DEPOSIT S ETHERIDGE | 35.00 | 35.89 | 1.30 | 0.00 | 07/16/2018 |
| 06/11/2018 | COPIES | LEGAL COPIES | 1.30 | 0.89 | 1.30 | 0.00 | 06/11/2018 |
| 05/24/2018 | EPR | OID:100596012-ComisaryPur( | -4.32 | 0.89 | 0.00 | 0.00 | 05/24/2018 |
| 05/24/2018 | EPR | OID:100595884-ComisaryPur( | -29.97 | 5.21 | 0.00 | 0.00 | 05/24/2018 |
| 05/22/2018 | JPAY MUSIC | JPAY TO BE CREDITED BY 6/( | -24.00 | 35.18 | 0.00 | 0.00 | 05/22/2018 |
| 05/15/2018 | DEPMO NO DE | CK #403084007366 US TREAS | 40.31 | 59.18 | 0.00 | 0.00 | 05/15/2018 |
| 05/15/2018 | DEPMO NO DE | CK #403084007368 US TREAS | 18.82 | 18.87 | 0.00 | 0.00 | 05/15/2018 |
| 04/24/2018 | EPR | OID:100592039-ComisaryPur( | -27.78 | 0.05 | 0.00 | 0.00 | 04/24/2018 |
| 04/23/2018 | <COPIES> | Payment for COPIES on 201( | -1.20 | 27.83 | 0.00 | 0.00 | 04/23/2018 |
| 04/23/2018 | <COPIES> | Payment for COPIES on 201( | -2.80 | 29.03 | 1.20 | 0.00 | 04/23/2018 |
| 04/23/2018 | <COPIES> | Payment for COPIES on 201( | -0.90 | 31.83 | 4.00 | 0.00 | 04/23/2018 |
| 04/23/2018 | <COPIES> | Payment for COPIES on 201( | -0.40 | 32.73 | 4.90 | 0.00 | 04/23/2018 |
| 04/23/2018 | <COPIES> | Payment for COPIES on 201( | -2.20 | 33.13 | 5.30 | 0.00 | 04/23/2018 |
| 04/23/2018 | DEPMO NO DE | JPAY DEPOSIT S ETHERIDGE | 35.00 | 35.33 | 7.50 | 0.00 | 04/23/2018 |
| 04/20/2018 | COPIES | LEGAL COPIES | 1.20 | 0.33 | 7.50 | 0.00 | 04/20/2018 |
| 04/02/2018 | COPIES | LEGAL COPIES | 2.80 | 0.33 | 6.30 | 0.00 | 04/02/2018 |
| 03/13/2018 | COPIES | LEGAL COPIES | 0.90 | 0.33 | 3.50 | 0.00 | 03/13/2018 |
| 02/07/2018 | EPR | OID:100582196-ComisaryPur( | -5.58 | 0.33 | 2.60 | 0.00 | 02/07/2018 |
| 01/30/2018 | PAYROLL NO | Payroll Transaction | 3.24 | 5.91 | 2.60 | 0.00 | 01/30/2018 |
| 01/29/2018 | COPIES | MEDICAL COPIES | 0.40 | 2.67 | 2.60 | 0.00 | 01/29/2018 |
| 01/16/2018 | COPIES | LEGAL COPIES | 2.20 | 2.67 | 2.20 | 0.00 | 01/16/2018 |
| 01/09/2018 | EPR | OID:100578341-ComisaryPur( | -4.64 | 2.67 | 0.00 | 0.00 | 01/09/2018 |
| 12/29/2017 | ERF | OID:100576943-ComisaryRef( | 3.58 | 7.31 | 0.00 | 0.00 | 12/29/2017 |
| 12/28/2017 | EPR | OID:100576943-ComisaryPur( | -38.91 | 3.73 | 0.00 | 0.00 | 12/28/2017 |
| 12/21/2017 | WDRAWAL CHK | J RAYNOR #1007103 COURT F: | -4.21 | 42.64 | 0.00 | 0.00 | 12/21/2017 |
| 12/21/2017 | PAYROLL NO | Payroll Transaction | 26.33 | 46.85 | 0.00 | 0.00 | 12/21/2017 |

LAWRENCEVILLE

Resident Account Summary

Tuesday, September 22, 2020 @13:10

For Inmate ID: 1007103 RAYNOR, JAMES HERMAN

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 12/18/2017 | DEPMO NO DE | JPAY DEPOSIT S ETHERIDGE | 20.00 | 20.52 | 0.00 | 0.00 | 12/18/2017 |
| 12/12/2017 | ERF | OID:100574247-ComisaryRefu | 0.32 | 0.52 | 0.00 | 0.00 | 12/12/2017 |
| 12/11/2017 | EPR | OID:100574247-ComisaryPurc | -16.54 | 0.20 | 0.00 | 0.00 | 12/11/2017 |
| 11/29/2017 | WDRAWAL CHK | J RAYNOR #1007103 FILING I | -5.10 | 16.74 | 0.00 | 0.00 | 11/29/2017 |
| 11/29/2017 | PAYROLL NO | Payroll Transaction | 21.06 | 21.84 | 0.00 | 0.00 | 11/29/2017 |
| 11/06/2017 | EPR | OID:100570781-ComisaryPurc | -14.95 | 0.78 | 0.00 | 0.00 | 11/06/2017 |
| 11/02/2017 | ICECREAM | ICE CREAM FUNDRAISER | -6.00 | 15.73 | 0.00 | 0.00 | 11/02/2017 |
| 10/30/2017 | WDRAWAL CHK | J RAYNOR #1007103 COURT F: | -4.78 | 21.73 | 0.00 | 0.00 | 10/30/2017 |
| 10/30/2017 | PAYROLL NO | Payroll Transaction | 25.52 | 26.51 | 0.00 | 0.00 | 10/30/2017 |
| 10/17/2017 | EPR | OID:100568088-ComisaryPurc | -1.74 | 0.99 | 0.00 | 0.00 | 10/17/2017 |
| 10/06/2017 | EPR | OID:100566866-ComisaryPurc | -11.51 | 2.73 | 0.00 | 0.00 | 10/06/2017 |
| 10/05/2017 | ICECREAM | ICE CREAM FUNDRAISER | -6.00 | 14.24 | 0.00 | 0.00 | 10/05/2017 |
| 09/28/2017 | WDRAWAL CHK | J RAYNOR #1007103 | -6.16 | 20.24 | 0.00 | 0.00 | 09/28/2017 |
| 09/28/2017 | <COPIES> | Payment for COPIES on 201' | -2.50 | 26.40 | 0.00 | 0.00 | 09/28/2017 |
| 09/28/2017 | PAYROLL NO | Payroll Transaction | 23.90 | 28.90 | 2.50 | 0.00 | 09/28/2017 |
| 09/25/2017 | <COPIES> | LEGAL COPIES | -1.50 | 5.00 | 2.50 | 0.00 | 09/25/2017 |
| 09/25/2017 | COPIES | LEGAL COPIES | 4.00 | 6.50 | 4.00 | 0.00 | 09/25/2017 |
| 09/13/2017 | EPR | OID:100563997-ComisaryPurc | -1.60 | 6.50 | 0.00 | 0.00 | 09/13/2017 |
| 09/13/2017 | ERF | OID:100563199-ComisaryRefu | 1.60 | 8.10 | 0.00 | 0.00 | 09/13/2017 |
| 09/07/2017 | EPR | OID:100563199-ComisaryPurc | -25.66 | 6.50 | 0.00 | 0.00 | 09/07/2017 |
| 08/30/2017 | WDRAWAL CHK | J RAYNOR #1007103 COURT F: | -5.75 | 32.16 | 0.00 | 0.00 | 08/30/2017 |
| 08/30/2017 | PAYROLL INC | Payroll Transaction | 30.78 | 37.91 | 0.00 | 0.00 | 08/30/2017 |
| 08/23/2017 | EPR | OID:100561621-ComisaryPurc | -4.94 | 7.13 | 0.00 | 0.00 | 08/23/2017 |
| 08/07/2017 | EPR | OID:100559137-ComisaryPurc | -11.72 | 12.07 | 0.00 | 0.00 | 08/07/2017 |
| 08/01/2017 | ICECREAM | ICE CREAM FUNDRAISER | -6.00 | 23.79 | 0.00 | 0.00 | 08/01/2017 |
| 07/28/2017 | WDRAWAL CHK | J RAYNOR COURT FILING FEE | -4.94 | 29.79 | 0.00 | 0.00 | 07/28/2017 |
| 07/28/2017 | PAYROLL 20 | Payroll Transaction | 28.76 | 34.73 | 0.00 | 0.00 | 07/28/2017 |
| 07/07/2017 | EPR | OID:100555583-ComisaryPurc | -14.77 | 5.97 | 0.00 | 0.00 | 07/07/2017 |
| 06/29/2017 | WDRAWAL CHK | COURT FILING FEE J RAYNOR | -4.94 | 20.74 | 0.00 | 0.00 | 06/29/2017 |
| 06/29/2017 | PAYROLL 20 | Payroll Transaction | 24.71 | 25.68 | 0.00 | 0.00 | 06/29/2017 |
| 06/23/2017 | EPR | OID:100554333-ComisaryPurc | -4.85 | 0.97 | 0.00 | 0.00 | 06/23/2017 |
| 06/15/2017 | EPR | OID:100553242-ComisaryPurc | -18.61 | 5.82 | 0.00 | 0.00 | 06/15/2017 |
| 06/13/2017 | ICECREAM | ICE CREAM FUNDRAISER | -6.00 | 24.43 | 0.00 | 0.00 | 06/13/2017 |
| 06/12/2017 | <COPIES> | MEDICAL COPIES | -0.20 | 30.43 | 0.00 | 0.00 | 06/12/2017 |
| 06/12/2017 | COPIES | MEDICAL COPIES | 0.20 | 30.63 | 0.20 | 0.00 | 06/12/2017 |
| 06/06/2017 | EPR | OID:100552067-ComisaryPurc | -16.16 | 30.63 | 0.00 | 0.00 | 06/06/2017 |
| 05/26/2017 | WDRAWAL CHK | J. RAYNOR #1007103 COURT I | -5.99 | 46.79 | 0.00 | 0.00 | 05/26/2017 |
| 05/26/2017 | PAYROLL 20 | Payroll Transaction | 29.97 | 52.78 | 0.00 | 0.00 | 05/26/2017 |
| 05/23/2017 | EPR | OID:100550512-ComisaryPurc | -31.96 | 22.81 | 0.00 | 0.00 | 05/23/2017 |
| 05/10/2017 | DEPMO | JPAY DEPOSIT S ETHERIDGE | 32.00 | 54.77 | 0.00 | 0.00 | 05/10/2017 |
| 05/09/2017 | MED COPAY | VOID-MEDICAL COPAYMENT 1/: | -5.00 | 22.77 | 0.00 | 0.00 | 05/09/2017 |
| 05/09/2017 | <MED COPAY> | VOID-MEDICAL COPAYMENT 1/: | 5.00 | 22.77 | 5.00 | 0.00 | 05/09/2017 |
| 05/05/2017 | EPR | OID:100548217-ComisaryPurc | -17.82 | 17.77 | 0.00 | 0.00 | 05/05/2017 |
| 04/27/2017 | WDRAWAL CHK | J RAYNOR #1007103 APR 201' | -5.43 | 35.59 | 0.00 | 0.00 | 04/27/2017 |
| 04/27/2017 | PAYROLL 20 | Payroll Transaction | 27.14 | 41.02 | 0.00 | 0.00 | 04/27/2017 |
| 04/05/2017 | EPR | OID:100544521-ComisaryPurc | -12.36 | 13.88 | 0.00 | 0.00 | 04/05/2017 |
| 03/30/2017 | WDRAWAL CHK | J RAYNOR #1007103 | -4.78 | 26.24 | 0.00 | 0.00 | 03/30/2017 |
| 03/30/2017 | PAYROLL 20 | Payroll Transaction | 23.90 | 31.02 | 0.00 | 0.00 | 03/30/2017 |
| 03/07/2017 | EPR | OID:100540479-ComisaryPurc | -18.38 | 7.12 | 0.00 | 0.00 | 03/07/2017 |
| 03/02/2017 | ICECREAM | ICE CREAM FUNDRAISER | -3.00 | 25.50 | 0.00 | 0.00 | 03/02/2017 |
| 02/28/2017 | WDRAWAL CHK | J RAYNOR #1007103 COURT F: | -7.05 | 28.50 | 0.00 | 0.00 | 02/28/2017 |
| 02/28/2017 | PAYROLL 20 | Payroll Transaction | 35.24 | 35.55 | 0.00 | 0.00 | 02/28/2017 |
| 02/17/2017 | EPR | OID:100538179-ComisaryPurc | -4.80 | 0.31 | 0.00 | 0.00 | 02/17/2017 |
| 02/17/2017 | ERF | OID:100537758-ComisaryRefu | 4.80 | 5.11 | 0.00 | 0.00 | 02/17/2017 |
| 02/15/2017 | EPR | OID:100537758-ComisaryPurc | -11.12 | 0.31 | 0.00 | 0.00 | 02/15/2017 |
| 02/10/2017 | <MED COPAY> | MEDICAL COPAYMENT 1/24/20: | -5.00 | 11.43 | 0.00 | 0.00 | 02/10/2017 |
| 02/10/2017 | MED COPAY | MEDICAL COPAYMENT 1/24/20: | 5.00 | 16.43 | 5.00 | 0.00 | 02/10/2017 |
| 02/07/2017 | EPR | OID:100536460-ComisaryPurc | -19.72 | 16.43 | 0.00 | 0.00 | 02/07/2017 |

LAWRENCEVILLE

Resident Account Summary

Tuesday, September 22, 2020 @13:10

For Inmate ID: 1007103 RAYNOR, JAMES HERMAN

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 01/31/2017 | PAYROLL 20 | Payroll Transaction | 20.66 | 36.15 | 0.00 | 0.00 | 01/31/2017 |
| 01/26/2017 | ICECREAM | ICE CREAM FUNDRAISER | -3.00 | 15.49 | 0.00 | 0.00 | 01/26/2017 |
| 01/25/2017 | EPR | OID:100535160-ComisaryPur( | -27.33 | 18.49 | 0.00 | 0.00 | 01/25/2017 |
| 01/23/2017 | DEPMO | JPAY DEPOSIT S ETHERIDGE | 45.00 | 45.82 | 0.00 | 0.00 | 01/23/2017 |
| 01/09/2017 | EPR | OID:100532827-ComisaryPur( | -3.15 | 0.82 | 0.00 | 0.00 | 01/09/2017 |
| 12/30/2016 | PAYROLL 20 | Payroll Transaction | 3.97 | 3.97 | 0.00 | 0.00 | 12/30/2016 |

Exhibit – B– PART (1)-A-

"FORMAL LEGAL NOTICE OF ACTION'S BEING TAKEN"

To: Mr. MARK AMONETTE, MD. VA. CHIEF PHYSICIAN AT VA. D.O.C.

From: RABBI: JAMES H. RAYNOR:

SUBJECT: LEGAL ACTION'S BEING TAKEN For Both "STATE" And "FEDERAL" MEDICAL VIOLATIONS UNDER THE LAW'S SUPPORTING THE AMERICANS WITH DISABILITIE'S ACT: ~~and~~ UNDER THE 8TH AMENDMENT For DELIBERATE INDIFFRENCE TO MY SERIOUS MEDICAL ISSUE'S:

"STATE" "A.D.A." "Code of VA" 801.3. — UNDER THE STATE MANDATED OPERATING Procedure 801.3 MANAGING OFFENDERS WITH DISABILITIES DATED 8-1-2019 PAGE # (11), OF (13). For MEDICAL PHYSICAL IMPAIRMENT UNDER THE "DIGESTIVE SYSTEM DISORDER" OF "EXTREM GASTRO ESOPHAGEL Acid REFLUX DISEASE," AS A MAJOR LIFE BODILY FUNCTION OF A PART OF THE DIGESTIVE SYSTEM DISORDER: AND "GOUT DISORDER" "A VERY EXTREM AND PAINFULL AS WELL DEBILITATING:"

"Federal" "A.D.A." "Code" SECTION 12102: — ALSO AS DEFINDED IN THE FEDERAL LAWS OF THE A.D.A. "SECTION: 12102" PAGE # (2). OF MAJOR LIFE ACTIVITIES, "PART (B). MAJOR BODILY FUNCTIONS OF THE DIGESTIVE SYSTEM, AND LAWFULLY MEDICALY DOCUMENTED IN MY MEDICAL RECORDS AS "GASTRO ESOPHAGEAL ACID REFLUX DISEASE." AND "GOUT DISORDER:" "A VERY EXTREM DEBILITATING PAINFULL DISORDER:"

LEGAL FACT'S OF SERIOUS MEDICAL ISSUE"

LEGAL FACT" PART NO: (1). — IT IS LEGALY IN MY MEDICAL RECORD'S SHOWING " GASTRO ESOPHAGEAL ~~And~~ Acid REFULX DISEASE": And "GOUT DISORDER."

LEGAL FACT" PART NO: (2). — SUPPORTED BY EXPERT MEDICAL WITNESSES, "WHO ARE SPECIALIST IN THIS DIGESTIVE SYSTEM DISORDER: OF GASTRO ESOPHAGEL ~~ATC~~ Acid REFULX DISEASE; + "GOUT."

LEGAL FACT" PART NO: (3). — THESE EXPERT WITNESSES, ALONG WITH "HEART SPECIALIST" GAVE PLAINTIFF A FULL COPY OF WHAT "FOOD'S TO STAY AWAY FROM" TO AVOID FOOD'S THAT TRIGGER THE SYMPTOMIC, AND WHAT MODIFICATIONS ARE NEEDED TO HELP MEDICALY:

LEGAL FACT PART NO: (4) LEGAL CASE LAW'S THAT SUPPORT THE MODIFICATION'S NEEDED TO HELP AVOID FOOD'S THAT TRIGGER THE GASTRO ESOPHAGEL ACID REFLUX DISEASE OF THE DIGESTIVE SYSTEM DISORDER: AND "PAINFULL GOUT DISORDER."

"CASE LAW'S IN SUPPORT"

NO: (1). VERSER V. ELYEA, 113 F. SUPP. 2d. 1211, 1215 (N.D. ILL- 2000):

NO: (2). RAYNOR V. PUGH, HAROLD W. CLARKE DIRECTOR OF VA.D.O.C. # 1-13-CV-01117-LMB-JFA: SETTLED NOV-2016:

NO: (3). RAYNOR V. GEO GROUP INC, HAROLD W. CLARKE VA.D.O.C. DIRECTOR # 1-19-CV-1392- SETTLED, OCT-2020:

"LAWFULL AGREEMENT AND SETTLEMENT"

LEGAL FACT NO: (1). AS CLEARLY AND LEGALY STATED IN FEDERAL COURT UNDER SETTLEMENT AGREEMENT FORMAL CONTRACT OF RAYNOR V. PUGH, HAROLD W. CLARKE, 1-13-CV-01117-LMB-JFA. PAGE # (2). LINE # (1). PLAINTIFF, "MY SELF" IS TO BE PROVIDED ALL HIS A.D.A. MEDICAL NEED'S, WHICH INCLUDES GASTRO-REFLUX MEDICAL ISSUES, AS WELL AS HIS BOARD CERTIFIED GASTROENTEROLOGIST:" AND HIS "EXTREM DEBILITATING GOUT DISORDER"

LEGAL FACT NO: (2). IT ALSO CLEARLY AND LEGALY STATES IN FEDERAL COURT UNDER SETTLEMENT AGREEMENT, RAYNOR V. GEO GROUP INC, HAROLD W. CLARKE, THAT WAS ALSO SETTLED IN NOV-2020, PLAINTIFF RAYNOR IS TO HAVE "ALL" HIS MEDICAL NEED'S MET EVEN HIS A.D.A. MEDICAL ISSUE'S:"

LEGAL ISSUE'S UPON WHICH CAN, AND WILL BE HELD ON!

YOU MR. AMONETTE, WITH ALL DUE RESPECT!

STAND LAWFULL CONDITIONS FOR WHICH YOU WOULD LOSE, IS THIS #(1). UNDER COMMON KNOWLEDAGE OF A SERIOUS MEDICAL ISSUE AND "YOU REFUSSED" TO ACT UPON IT IS A LEGAL TERM "DELIBERATE INDIFFERINCE" TO MY SERIOUS MEDICAL NEEDS", AND VIOLATE'S THE 8TH AMENDMENT: FOR CRULE AND UNUSAL PUNISHMENT:

PAGE # (3). "LEGAL ESSUE'S"

#(2). UNDER THESE LEGAL ISSUE'S BY YOUR REFUSSING TO COMPLY TO FEDERAL SETTLEMENT AGREEMENT'S, IT IS CALLED "CRIMINAL LIFE ENDANGERMENT" BECAUSE "YOU" WHERE MADE AWARE OF NOT ONLY SERIOUS MEDICAL ISSUES, BUT ALSO "YOU" ~~REFUSE~~ REFUSSED TO COMPLY WITH THE "STATE," + "FEDERAL" LAW'S THAT GOVERN THE "A.D.A.", AND THE LEGAL LAW'S AND CONDITIONS OF BOTH SETTLEMENT AGREEMENT'S.

# (3). THE SETTLEMENT AGREEMENT CONTRACT'S IS A FEDERAL EXECUTORY CONTRACT THAT MUST FULLY BE PERFORMED. THE FEDERAL "CONTRACT BOND" IS TO PROTECT AGAINST BREACH OF CONTRACT, DULLY KNOWN AS A "LAWFULL PERFORMANCE BOND" UNDER THE FEDERAL LAWFULL NOTARY SEAL," LEGALY PUT "IT IS REQUIRED BY LAW TO TO ~~FORM~~ FULLY PEFORME," OR "YOU" LEGALY DEFAULT, FOR FAILURE TO ACT, AND FAILURE TO MEET THE LEGAL OBLIGATIONS OF THE SETTLEMENT AGREEMENT CONTRACT'S THAT IS LAWFULLY REQUIRED." PLAINTIFF HAS ALSO LOST 365 LBS. SO THE NEEDING TO LOSE WEIGHT ISSUE IS MOOT, EVEN SKINY PEPOLE HAVE IT.

MR. AMONETTE, AS REQUIRED BY FEDERAL LAW'S OF CIVIL PROCEDURE I MUST LET YOU KNOW THIS! TODAY IS JAN-25TH-2021, AND I AM GIVEN YOU (15) WORKING DAYS OF THE NOTARY SEAL AND MY SIGNURE ON THIS DOCUMENT FOR YOU TO COMPLY, OR BE HELD LEGALY RESPONSABLE FOR ANY MORE INJURIES, PAIN AND SUFFERING. THAT HAPPENS

"NOTARY" DATE: 2-3-21

Alexis Lundy (signature)

Alexis Lundy

expires: 10/31/2024

NAME: RABBI: JAMES H. RAYNOR

ADDRESS: L.V.C.C. 1607 PLANTERS RD.

LAWRENCEVILLE VA. 23868

SIGNURE: Rabbi: James H. Raynor (signature)

ALEXIS T LUNDY NOTARY PUBLIC REG. #7889755 MY COMMISSION EXPIRES 10/31/2024 COMMONWEALTH OF VIRGINIA

P.S.

I HAVE ALREADY CONTACTED MY ATTORNEY'S TO WRITE UP MY ~~LEG~~ LEGAL AND



EXHIBIT - B - PART - B

VIRGINIA
DEPARTMENT OF CORRECTIONS

PAGE # (2)

**Offender Request** 801_F3_10-17

# Offender Request

**DIRECTIONS**

1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Rabbi Raynor | James | H. | 1007103 | Inf. 01-01B |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| | | Thurs. 11/12/2020 |

TO: ☐ Unit Manager ☐ Medical ☐ Personal Property ☐ Law Library ☐ Security ☐ Treatment ☐ Mental Health ☐ Education ☐ Enterprise Shop ☐ Accounting ☐ Chaplain ☐ Assistant Warden ☐ Warden ☐ Dental ☑ Other Raynor

CHECK PURPOSE ☐ Appointment Request ☑ Question/Statement

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: Med. Recs. Date: 11-12-2020

① The only record seen in your chart of medical diet is date 10/22/2020 ← This is THE ONLY MEDIC DIET order SHE S. THAT W IN MY MEDICA FILE SEE EXHIBIT-C-1

it is included. ② Results for the sleep study is included

③ What is the medical visit dealing with what issues, and do you remember the dates. 8-12-20 Let me know the other records you need so that copies can be made for you. I highlighted the remark that was not understandable, what records are you referring to.

NEXT PAG

THERE WAS A MEDICAL DIET order FOR 4-21-20 By A. McCORMICK N.P. R.N. ON "4-21-20"! + "8-12-20"

Offender seen ☐ Yes ☐ No

Johnson, MRC
**Official Responding**

Thurs. 11/12/2020
**Date of Response**

*Revision Date: 10/26/17*

("Exhibit - B-(1)." (Page 1(3).

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Offender Diet Order** FSM_F10_11-15

## Offender Diet Order

**Lawrenceville Correctional Center**
**Facility**

04/21/2020
**Date**

A therapeutic diet order has been written for:

Offender Name: Raynor James Number: 1007103

Please check diet order as written in offender medical record:

- ☐ Clear Liquid
- ☐ Full Liquid
- ☐ Mechanical Soft
- ☐ Safety
- ☑ *Other no Beans / no Fish / no Peanut Butter *Date Approved: 04/21/20

***Must be approved by the Chief Physician of the Office of Health Services***

Therapeutic diet order renewal date: ______________________

The following diet orders do not expire and no renewal is needed:

- ☐ Allergy (Food ______________________)
  Documented in offender Medical History ☐ Yes ☐ No
- ☐ Diabetic/Carbohydrate Controlled Education Provided ***HS Snack Bag*** ☐ Yes ☐ No
- ☐ Cardiac Education Provided
- ☐ Renal (Dialysis)

Angela McCormack, FNP-BC
Health Authority/Designee

4/21/20
Date

Exhibit - B-2 Page 2 of 49

VIRGI[NIA]
DEPARTMENT OF [CO]RRECTIONS

Offe[nde]r Diet Order FSM_F10_11-15

# Offender Diet Order

**Lawrenceville Correctional Center**
**Facility**

10-22-2020
**Date**

A therapeutic diet order has been written for:

Offender Name: Raynor, James Number: 1007103

discontinue diet written 8/12/2020 no documente[d]

Please check diet order as written in offender medical record.

allergies noted in chart

DIGESTIVE SYSTEM DISORDER
EXTREM GASTRO ESOPHAGE ACID REFLUX DISEASE
IS IN MY MEDICAL RECORDS + COURT ORDERED DOCUMENTS

- ☐ Clear Liquid
- ☐ Full Liquid
- ☐ Mechanical Soft
- ☐ Safety
- ☐ *Other ____________ *Date Approved: ________

****Must be approved by the Chief Physician of the Office of Health Services***

Therapeutic diet order renewal date: ____________

The following diet orders do not expire and no renewal is needed:

- ☐ Allergy (Food ____________)
  Documented in offender Medical History ☐ Yes ☐ No
- ☐ Diabetic/Carbohydrate Controlled Education Provided ***HS Snack Bag*** ☐ Yes ☐ No
- ☐ Cardiac Education Provided
- ☐ Renal (Dialysis)

[signature] 10/22/2020
Health Authority/Designee Date



VIRGINIA
DEPARTMENT OF CORRECTIONS

Health Services Complaint and Treatment Form 720_F17_7-12

# Health Services Complaint and Treatment Form

**Facility:** LUCe

**Offender Name:** Raynor (Last) James (First) **Number:** 1007103

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 8/12/20 17W | I/M assess in clinic - Requesting medication | |
| USS: | Refill - States that he has not taken | |
| T-98 | Lasix for ≈ 2 mths - States that Lasix | |
| BP-160/96 | is a life long medication used to prevent | |
| HR-64 | fluid overload. Denies Hx CHF. Reports having angina. | |
| RR-16 | Requesting ES tylenol for chronic LBP / migraine | |
| O2-96% | State compliance with seizure medication - However | |
| | Reports have a seizure over the w/e. - ⊕ complains of taking B/P | |
| | O2 gen - NAD - sitting in w/c. - A&O x3. ⊖ cardiac medication: | |
| | HA or dizziness | |
| | CV - S1S2. RRR - ⊖CP. ⊖edema | |
| | pulm - B/L CTA. ⊖ wheezing / rales. ⊖ cough | |
| | ⊖ SOB / DIB | |
| | GI - ⊖N/V/D. Appetite good - have | |
| | Food restriction due to religion & allergy. Does | |
| | "not eat rice, tomato, beans or orange | |
| | juice, peanut". Need to be on kosher | (medical order for kosher DIET) |
| | diet" - has severe acid reflux. | 8-12-20 |
| | GU - Reports voiding. ⊖ dysuria | |
| | MSK - ⊕ LBP → legs. Ambulates with cane. Uses | |
| | w/c for distance. | |
| | A - LBP. | |
| | Seizure. | |
| | HTN. | |
| | P - Medication Renewal as above. | |
| | Labs · Dilantin level LAB BOOK | |
| | · Keppra level | |
| | · HgA1C, CMP, TSH, CBC. | |
| Noted 8/13/20 1245 [signature] | @ MBamwell | NP-C. |

Exhibit-B-Part(2) (For Refussed Medical Diet Needed)

VIRGINIA DEPARTMENT OF CORRECTIONS

**Emergency Grievance** 866_F4_4-16

## Emergency Grievance

Log # 157838

*Emergency Grievances* are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.

| Raynor | Rabbi: James | # 1007103 | LVCC | HU-70-71-109 |
|---|---|---|---|---|
| Offender Last Name | First | Number | Facility | Building-Cell/Bed |

## PART A- OFFENDER CLAIM

What is the emergency? Medical supervisor's are violating state, and Federal Laws! under State Law under operating procedure 801.3, managing of offenders with disabilities page # (11) of (13) "Physical Impairment of the digestive systems: Due to his Gastro-esophageal Reflux Disease" To see Gastroenterology Report from Oct. 16th 2018 start at page #(D. of (4)), #(2). Foods to stay away from like Foods with high protine, Due to Gout: like Fish, Beans, Peanut Butter, Acid Foods such as Tomato sause, O.J. Appel Juice, Salimia: These Foods cause sever + extrem physical impairments to my digestive system: And set's off my Gout severly: Violations under Federal Laws of the Americans with Disabilities Act Section: 12102 page # (7). Major Life Activites Part (B). Major Bodily Functions such as Immune, And Digestive System: under this Federal Law as stated on page # (40) Part (B). Enforcement by U.S. Attorney General #(1), Denied or Denial of these Rights Line (A). U.S. Attorney General has a "Legal Duty to Investigate" And shall investigate all alleged violations: Reinstate medical diet order dated 8-12-20: or legal actions will be taken in 72 hours in Federal Court.

11-4-20 9:30 AM — Rabbi: James Raynor # 1007103

Date/Time — Offender Signature and Number

## PART B- STAFF RESPONSE

(This part is to be completed and returned to the offender within eight (8) hours.)

☒ Your grievance does not meet the definition for an emergency. Action Taken/Recommended:

- ☐ Submit Informal Complaint
- ☐ Submit Sick Call Request
- ☐ Submit Request to Dental
- ☐ Evaluated by Medical: Date Seen ______
- ☐ Send an Offender Request To: ______
- ☒ Other (Provide detailed explanation below)

We will investigate your dietary needs further, however the "medical department provides patient education on which foods to limit or eliminate from your diet" (see below)

☐ Your grievance has been determined to be an emergency and the following action has been taken:

- ☐ Sent to Hospital: Date Transported ______
- ☐ Other (Provide detailed explanation below)

All specialized diets must be approved by the Chief Medical Officer + this type of special diet (is not readily available on the approved diet list.)

11/4/20 1000 — [signature] — C. Yarger RN, RHSM GEO Secure Services Eastern Regional Office

Date/Time — Respondent Signature — Name/Title Printed

☐ **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified

Alleged sexual abuse or sexual harassment ☐ Will be referred for Investigation

Determination by: ______

Signature — Name/Title Printed — Date/Time

Distribution: Original Grievance returned to Offender. Copy forwarded to Institutional Ombudsman/Grievance Coordinator



Exhibit - B -

The GEO Group, Inc.

LAWRENCEVILLE CORRECTIONAL CENTER
Lawrenceville, VA

For Refussed Medical Diet

## Offender Request

DIRECTIONS
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Raynor | Rabbi: James | H. | # 1007103 | HU-70-71 109 |
| WORK ASSIGNMENT | ASSIGNED COUNSELOR | | TODAY'S DATE | |
| N/A | | | 12-7-20 | |

TO: ☐ Unit Manager ☐ Treatment ☐ Chaplain ☐ Other ☒ Medical ☐ Mental Health ☐ Facility Admin. ☐ Personal Property ☐ Education ☐ Asst. Facility Admin. ☐ Law Library ☐ Dental ☐ Chief of Housing & Programs ☐ Security ☐ Maintenance ☐ Accounting

CHECK PURPOSE ☒ Appointment Request ☐ Question/Statement Mr. Yarger RN, RHSM.

Can you please let me know what Dr. Amonette has said about my digestive system medical order for food replacement for my medical diet order? I need to find something out A.S.A.P.: Mr. Yarger, I neet to also meet with you A.S.A.P. please. It's very important that we talk!

Thank you for you're time
God Bless, and be safe from
This covid-19

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: ____________ Date: ________

He responded to me via email on 11/11/20 + in summary he indicated that the dietary changes were not warranted at this time. He instructed me that recommended treatment for gout + GERD is weight loss. He claims that based on studies he reviewed that dietary changes had little impact for those conditions. I consulted with Dr. Amonette, Dr. Christakis + GEO's dietitian who all agreed with Dr. Amonette's assessment. I will try to meet with you as soon as I can but it's looking like next Monday will be the earliest. Please have the officer call on 12/14/20.

Offender seen ☐ Yes ☒ No

C. Yarger RN, RHSM
GEO Secure Services
Eastern Regional Office

Official Responding

12/9/20
Date of Response

Revised Date: 01/15/2020

"GI" ENDOSCOPY

Health System
Virginia Commonwealth University
MCV Hospitals and Physicians

| | | | |
|---|---|---|---|
| **Patient Name:** | James Raynor | **Procedure Date:** | 8/21/2018 3:17 PM |
| **MRN:** | 4542402 | **Account Number:** | 706172566745 |
| **Date of Birth:** | 5/15/1960 | **Admit Type:** | Outpatient |
| **Age:** | 58 | **Note Status:** | Finalized |
| **Attending MD:** | DOUMIT S. BOUHAIDAR, MD | **Instrument Name:** | 1G391H170 |

**Moderate Sedation:**

Moderate (conscious) sedation was administered by the endoscopy nurse and supervised by the endoscopist. The following parameters were monitored: oxygen saturation, heart rate, blood pressure, respiratory rate, EKG, adequacy of pulmonary ventilation, and response to care. Total physician intraservice time was 10 minutes.

**Estimated Blood Loss:**

Estimated blood loss: none.

**Recommendation:** - Patient has a contact number available for emergencies. The signs and symptoms of potential delayed complications were discussed with the patient. Return to normal activities tomorrow. Written discharge instructions were provided to the patient.
- Discharge patient to home (ambulatory).
- Continue present medications.

**Procedure Code(s):** --- Professional ---
43235, Esophagogastroduodenoscopy, flexible, transoral; diagnostic, including collection of specimen(s) by brushing or washing, when performed (separate procedure)

**Diagnosis Code(s):** --- Professional ---
K29.70, Gastritis, unspecified, without bleeding
R12, Heartburn
K21.9, Gastro-esophageal reflux disease without esophagitis

**CPT ® 2016 American Medical Association. All rights reserved.**

**The codes documented in this report are preliminary and upon coder review may be revised to meet current compliance requirements.**

EXHIBIT - A - PAGE # (1). OF (5)

DOUMIT S. BOUHAIDAR, MD
Finalized Date: 8/21/2018 3:37:28 PM
This report has been signed electronically.

**Number of Addenda:** 0
**Note Initiated On:** 8/21/2018 3:17:27 PM
**Procedure Date:** 8/21/2018 3:17:27 PM
**Total Procedure Duration:**

7 Minutes 27 Seconds

**Scope In:**

3:25:43 PM

**Scope Out:**

10/22/18 C Schoum

**VCU Health**
Gastroenterology OP Estab Visit
* Final Report *

RAYNOR, JAMES - 4542402

**VS:** **T** 36.6 C **BP** 137/94 **HR** 71 **RR** 18 **SpO2** 100% **Pain** 6 **Ht** 177.8 cm(70") **Wt** 137.2 kg **BMI** 43.4 **BSA** 2.60 *(10/10 09:03)*

**General:** Well-Appearing. NAD. Caucasian male.
**Eyes:** Sclera anicteric.
**ENT:** No oral lesions.
**Nodes:** No adenopathy.
**Skin:** No new rashes
**Respiratory:** Lungs clear to auscultation.
**Cardiovascular:** Regular rate, no murmurs, + pedal edema, no JVD.
**Abdomen:** Soft, NTND. Obese abdomen.
**Extremities:** No muscle wasting, no gross arthritic changes.
**Neurologic:** Alert and oriented, cranial nerves grossly intact.

Labs reviewed and interpreted in Cerner.

**Endoscopy:**
EGD 2012 - erythema in body of stomach. Biopsies normal.
EGD 8/2018: Findings:
The examined esophagus was normal.
Diffuse mild inflammation characterized by erythema was found in the entire examined stomach.
The examined duodenum was normal.
No drains or tubes remain after this procedure. No devices, grafts, tissues, transplants were implanted during this procedure. No specimens were removed during this procedure.

Impression:
- Normal esophagus.
- Gastritis.
- Normal examined duodenum.
- No specimens collected.

EXhiBiT
A-(1). #(2).
PAGE #(2) OF (4)

Colonoscopy 8/2018:
Impression:
- Diverticulosis in the sigmoid colon.
- One 8 mm polyp in the sigmoid colon, removed with a cold snare. Resected and retrieved.
- The examined portion of the ileum was normal.
- The examination was otherwise normal.
- Non-bleeding internal hemorrhoids.

PATH: Hyperplastic polyp.

**Assessment and Plan:**
1. GERD: Symptoms suboptimally controlled on Omeprazole 20 mg BID and was uptitrated to 40 mg BID AC. EGD was performed 8/2018 for report of hematemesis but was endoscopically normal
-Increase Omeprazole to 40 mg BID – 30-60 min before meals
"-Add H2-blocker (Famotidine or Ranitidine) prior to bedtime due to nightime symptoms "
-Lifestyle modification emphasized GERD lifestyle changes: Maintain a healthy weight, avoid tight-fitting clothing, "avoid foods and drinks that may trigger symptoms such as fried or fatty foods", alcohol, chocolate, mint, garlic, onion, caffeine,

Printed by: Carthorn, Lakeisha W
Printed on: 10/11/2018 13:55 EDT

10/22/18
C Schneppins

**VCU Health**
Gastroenterology OP Estab Visit
* Final Report *

RAYNOR, JAMES - 4542402

Result Type: Gastroenterology OP Estab Visit
Date: October 10, 2018 12:55 EDT
Status: Auth (Verified)
Subject: GI Inmate Clinic Note
Author: KUMRAL MD, DENNIS on October 10, 2018 12:57 EDT
Electronically Signed By: BICKSTON MD, STEPHEN J on October 11, 2018 11:48 EDT
Encounter info: 706172184731, VCUHS, OP, 10/10/2018 - 10/10/2018

## * Final Report *

**GI Inmate Clinic Note**

Patient: **RAYNOR, JAMES** **MRN: 4542402** **FIN: 706172184731**
Age: **58 years** Sex: **M** DOB: **05/15/1960**
Associated Diagnoses: **None**
Author: **KUMRAL MD, DENNIS**

**GASTROENTEROLOGY CLINIC NOTE**

Wednesday, October 10, 2018 @ 12:55

Exhibit A-(1). Page 3

**PCP:** TESEMMA DO, NEGASH

**Attending:** Bickston

**HPI:**
Mr. Raynor is a 57 year old inmate with HTN, CAD, OSA referred for evaluation of gastritis and reflux.

The patient was last seen in inmate GI clinic 4/11/18 by Dr. Kaspar. At that time, he related symptoms of "acid reflux" which have been present for at least 3 years. Occurs 2-4 times per week, epigastric abdominal pain accompanied by sour taste in mouth and burning in oropharynx and chest. No melena or hematochezia. Worse with eating. No relief with dietary modifications but has achieved parital improvement in symptoms with omeprazole, 20mg PO BID which he is taking in an optimal fashion. After the last visit he was recommend to take 40 mg BID but per the patient and MAR provided, he has still be on 20 mg BID. He does use a wedge pillow and sleeps at incline. He stopped eating red sauce as it makes reflux worse. He eats late night snakes (Matzo crackers). He has been working loosing weight and reports he is down from 340 to to 303.

No significant nausea/vomiting, hematemesis. Does spit up with dark red color occasionally (EGD 8/2018 mild antral gastritis). No melena or hematochezia.

**Review of systems:**
Symptoms related to the following organ systems were reviewed during today's visit: Skin, ENT, Eyes, CV, Resp, GI, MS, Neuro, Psych, Endocrine, Heme and Allergies. All were negative or normal except for symptoms noted in reason for visit above

**Problem List (Active Medical Only)** This information was current as of 10/10/18 @ 12:55:00.

10/22/18
C. Achamm

Printed by: Carthorn, Lakeisha W
Printed on: 10/11/2018 13:55 EDT

**VCU Health**
Gastroenterology OP Estab Visit
* Final Report *

RAYNOR, JAMES - 4542402

"Active:"
-GERD - Gastro-esophageal reflux disease
-HTN - Hypertension
-Hyperlipidemia
-MIGRAINE
-Obesity
-Seizures in response to acute event → SHARP, or SEVERE IN EFFECT: INTENSE ACUTE PAIN: EXTREMLY GREAT AND SERIOUS: (OPPOSED TO CHRONIC): FOUND IN (RANDOM HOUSE WEBSTER'S DICTIONARY)

**Past Surgical History** This information was current as of 10/10/18 @ 12:55:49
- Endoscopy
- Extn - Extraction of tooth
- Ultrasound
- 12/12/2012: EEG

**Allergies** as charted in the allergies profile as of 10/10/18 12:55:49.
NKA

**Home Medications** This information was current as OF 10/10/18 @ 12:55:00.

Prescriptions & Documented Meds By Hx:
**-albuterol (ProAir HFA 90 mcg/inh inhalation aerosol with adapter)***(Hx)*: 2 PUFF, Inhalation, twice daily
**-apap/asa/caffeine (Pain Reliever Plus oral tablet)***(Hx)*: 2 tab, PO, twice daily
**-chlorhexidine topical (Peridex 0.12% mucous membrane liquid)***(Rx)*: 15 mL, PO, twice daily
**-ciclesonide (Alvesco HFA)***(Hx)*: Special Instructions: inhale one puff orally twice daily
**-furosemide (furosemide 40 mg oral tablet)***(Hx)*: 40 mg, PO, daily
**-gabapentin (gabapentin 800 mg oral tablet)***(Hx)*: 800 mg, PO, twice daily
**-hydrochlorothiazide-lisinopril (hydrochlorothiazide-lisinopril 12.5 mg-10 mg oral tablet)***(Hx)*: 1 tab, PO, daily
**-isosorbide mononitrate (isosorbide mononitrate 30 mg oral tablet, extended release)***(Hx)*: 30 mg, PO, daily
**-nitroglycerin (nitroglycerin 6.5 mg oral capsule, extended release)***(Hx)*: 6.5 mg, PO, bedtime !
**-nitroglycerin (Nitrostat 0.4 mg sublingual tablet)***(Hx)*: 0.4 mg, SL, every 5 minutes, (not to exceed 3 doses/15 min--if pain persists, seek medical attention)
**-nortriptyline (nortriptyline 75 mg oral capsule)***(Hx)*: 75 mg, PO, bedtime
**-omeprazole (omeprazole 20 mg oral enteric coated capsule)***(Hx)*: 20 mg, PO, twice daily
**-phenytoin (phenytoin 100 mg oral capsule, extended release)***(Hx)*: 200 mg, PO, twice daily
**-potassium chloride***(Hx)*: 40 mEq, PO, daily
**-simvastatin (simvastatin 40 mg oral tablet)***(Hx)*: 40 mg, PO, bedtime
**-verapamil (verapamil 120 mg oral tablet)***(Hx)*: 120 mg, PO, twice daily

**Family History:** No family history of GI malignancy or liver disease

**Social History** This information as of 12:55 on 10/10/18.
-Tobacco Assessment
Never smoker
-Alcohol Assessment
Denies Alcohol Use
-Substance Abuse Assessment
Denies Substance Use

EXHIBIT A- PAGE 17 (4)

**Physical Examination:**

10/22/18
C Sanom

Printed by: Carthorn, Lakeisha W
Printed on: 10/11/2018 13:55 EDT

Health System
Virginia Commonwealth University
MCV Hospitals and Physicians

| | | | |
|---|---|---|---|
| **Patient Name:** | James Raynor | **Procedure Date:** | 8/21/2018 3:17 PM |
| **MRN:** | 4542402 | **Account Number:** | 706172566745 |
| **Date of Birth:** | 5/15/1960 | **Admit Type:** | Outpatient |
| **Age:** | 58 | **Note Status:** | Finalized |
| **Attending MD:** | DOUMIT S BOUHAIDAR, MD | **Instrument Name:** | 1G391H170 |

Diffuse mild inflammation characterized by erythema was found in the entire examined stomach.

The examined duodenum was normal.

No drains or tubes remain after this procedure. No devices, grafts, tissues, transplants were implanted during this procedure. No specimens were removed during this procedure.

**Add'l Images:**

1 Gastric Body

2 2nd Portion of the Duodenum

3 2nd Portion of the Duodenum

4 Upper Gastrointestinal Tract

5 Gastric Body

6 Lesser Curvature

7 Gastric Body

8 Gastric Body

9 Duodenal Bulb

**Impression:**
- Normal esophagus.
- Gastritis.
- Normal examined duodenum.
- No specimens collected.

**Complications:** No immediate complications.

c Schrayer MD
10/22/18

**G I ENDOSCOPY**

Exhib: ... on medical Doctor at L.V.C.C. under state, and Federal violatio[n] under U.S. Constitutional Law of 8th Amendment for Deliberate Indifference to serious medical needs

DOC 13 4-17

# Informal Complaint

INSTRUCTIONS FOR FILING: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

An Informal Complaint is not required for an alleged incident of sexual abuse.

Offender Name: RABBI: JAMES H. RAYNOR

Offender Number: # 1007103

Housing Assignment: L.V.C.C. H4-70-71-109

Individuals Involved in Incident: MEDICAL DOCTOR IN L.V.C.C. MEDICAL UNIT DEPARTMENT:

Date/ Time of Incident: 11-5-20 / AROUND 7:40 PM

☐ Unit Manager/Supervisor
☐ Personal Property
☒ Medical Administrator
☐ Food Service
☐ Commissary
☐ Other (Please Specify):
☐ Institutional Program Manager
☐ Mailroom

Briefly explain the nature of your complaint (be specific): ON THE ABOVE DATE + TIME. THE MEDICAL DOCTOR AT L.V.C.C. MEDICAL UNIT DID WITH COMMON KNOWLEDGE VIOLATED STATE AND FEDERAL LAWS UNDER THE 8TH AMENDMENT FOR DELIBERATE ENDIFFERENCE TO MY SERIOUS MEDICAL NEEDS: VIOLATIO[N] OF STATE LAW + POLICY UNDER OPERATING PROCEDURE 801.3 PAGE #(11). OF (13). MANAGING OFFENDERS WITH PHYSICAL EMPAIRMENT DISABILITIES: "ANY DISORDER, OR CONDITION OF THE BODIES SYSTEMS. SUCH AS DEFINDED UNDER THE DIGESTIVE SYSTEM! SUCH AS SEVER" GASTRO-ESOPHAGEAL ACID REFLUX DISEASE" (G.E.R.D.). "SEVER GOUT" FROM HIGH PROTEEN FOODS THAT CAUSES EXTREM DEBILITAING PAIN + SUFFERI[NG]. FEDERAL LAWS UNDER THE AMERICANS WITH DISABILITIES ACT SECTION: 12102 PAGE(7). PART (B). MAJOR BODILY FUNCTIONS SUCH AS THE DIGESTIVE SYSTEM, SUFFERING FROM GASTRO-ESOPHAGEAL ACID REFLUX DISEASE: SUPPORT BY PRISON MEDICAL RECORDS: OF OCT. 10TH-2018, + 2011: LEGAL CASE LAW SUPPORTING IS "VERBER V. ELYEA 113 F. SUPP. 2D. 1211, 1215 (N.D. ILL 2000). WHERE PRISON DOCTORS REFUSED + DECLINED TO FOLLOW THE RECOMMEDATIONS OF OUT SIDE SPECIALIST, WHICH THEY WERE NOT: PLAINTIFF HAS HIS EXPER OUTSIDE SPECIALIST WITNESSES, AND HEART DOCTOR: THAT CAN AND WILL TESTIFY TO INJURY, PAIN + SUFFERING, AND THAT THE ISSUES RAISED CAN CAUSE ESOPHAGE[AL] CANCER: AND OTHER MEDICAL INJURIES:

Offender Signature: Rabbi: James H. Raynor

Date: 11-5-20 AT 7:40 PM

Offenders - Do Not Write Below This Line

Date Received:

Response Due:

Tracking #

Action Taken/Response:

Assigned to:

PLEASE BE ADVISED THAT I HAVE PRESENTED YOUR DIETARY CONCERNS TO THE FACILITY PHYSICIAN + HAVE ALSO REQUESTED GUIDANCE FROM "VA DOC CHIEF PHYSICIAN "DR AMONETTE" "REGARDING YOUR DIET." I WILL LET YOU KNOW AS SOON AS I RECEIVE ANY INFORMATION REGARDING DIETARY CHANGES.

Respondent Signature: [signature]

Printed Name and Title: C. Yarger RN, RHSM GEO Secure Services Eastern Regional Office

Date: 11/10/20

WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: Date:

Staff Witness Signature: Date:

Revision Date: 4/28/17

EXHIBIT-2- FORMAL LEGAL NOTICE OF ACTION BEING TAKEN FOR CRIMINAL FRAUDULANT COVERSION: TO WITH HOLD MEDICAL ORDERED FOOD N.P. A. McCURMEK HER SELF ORDERED AND PLAINTIFF NEEDS FOR HIS GASTRO-ESOPHAGEAL ACID REFLUX DISEASE:

VIRGINIA
DEPARTMENT OF CORRECTIONS

Informal Complaint 866_F3_4-17

# Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

Offender Name: Rabbi: JAMES H. RAYNOR
Offender Number: # 1007103
Housing Assignment: HU-70-71-109
Individuals Involved in Incident: N.P.A. McCURMEK / Mr. ALVARADO H.S.A.
Date/ Time of Incident: 10-26-20 / 6:00 AM

☐ Unit Manager/Supervisor
☐ Personal Property
☐ Medical Administrator
☐ Food Service
☐ Commissary
☒ Other (Please Specify): Mr. BRECKON: FACILITY ADMIN:
☐ Institutional Program Manager
☐ Mailroom

Briefly explain the nature of your complaint (be specific): N.P. MS. McCURMEK + Mr. ALVARADO H.S.A. ARE WILLFULLY AND WITH MALICE ENTENT VIOLATING STATE + FEDERAL LAWS: UNDER STATE LAW OF THE A.D.A. OPERATING PROCEDURE 801.3 MANAGING OFFENDER'S WITH PHYSICAL DISABILITIES: DATED AUGUST-1-2019 PAGE A(11). OF (13): "PHYSICAL IMPAIRMENT" UNDER THE CONDITION OF THE BODIES DIGESTIVE SYSTEM: FEDERAL LAW'S UNDER SECTION 12102 UNDER THE A.D.A. AS DEFINED ON PAGE 15(2). PART (B). MAJOR BODILY FUNCTIONS: SUCH FUNCTIONS OF THE IMMUNE SYSTEM, AND FUNCTIONS OF THE DIGESTIVE SYSTEM: PLAINTIFF WAS GIVEN A MEDICAL ORDER TO STAY AWAY FROM FOODS THAT CAUSES EXTREM ACID REFLUX: THE ORDER WAS NO PEANUT BUTTER, NO FISH, NO BEANS, NO O.J. NO APPELS NO RED TOMMATO SAUSE, NO SALMIAMI THIS WAS ORDERED BY BOTH MEDICAL STAFF: PLAINTIFF'S EXPERT WITNESSES THAT HE NEEDED TO HELP STOP HIS EXTREM ACID REFLUX. HE NEEDED TO CHANGE HIS DIET: A(1). THE DOCTOR AT VCU WHO TREATS PLAINTIFFS ACID REFLUX. AND THE DOCTOR'S AT SOUTH HAMPTON HOSPITAL WHO TREATED PLAINTIFFS HEART ISSUES ON MAY-20-21ST: AS IN FEDERAL CASE LAW VERSES V. ELYEA 113 F. SUPP. 2d. 1211, 1215 (N.D. ILL-2000) THE FEDERAL COURT'S HELD PRISON DOCTORS WHO DECLINED TO FOLLOW OUTSIDE SPECIALIST RECOMMENDATIONS WAS IN LEGAL DELIBERATE INDIFFERENCE TO PRISONER'S NE[illegible]

Offender Signature: Rabbi: James H. Raynor  Date: 10-26-20

**Offenders - Do Not Write Below This Line**

**Date Received:** 10.27-20
**Response Due:** 11-10-20
**Tracking #** LVCC 20 [illegible] 08438
**Assigned to:** Medical

Action Taken/Response:
PLEASE BE ADVISED THAT I HAVE MADE YOUR DIETARY REQUESTS KNOWN TO DR AMONETTE IN WRITING AS REQUIRED BY DOC POLICY. DR AMONETTE DECLINED TO GRANT YOUR DIET REQUEST. I EXPLAINED OUR DISCUSSION & SHARED YOUR NOTES FROM YOUR APPOINTMENT.

Respondent Signature: [signature]
Printed Name and Title: C. Yarger RN, RHSM GEO Secure Services Eastern Regional Office
Date: 11/20/20

**WITHDRAWAL OF INFORMAL COMPLAINT:**
I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: ______________________ Date: __________
Staff Witness Signature: ______________________ Date: __________

RECEIVED OCT 27 2020 LVCC GRIEVANCE DE[PT]

Exhibit-(G)-(3)

VIRGINIA DEPARTMENT OF CORRECTIONS

# Grievance Receipt

866.1 A-3

DOC Location: LVCC Lawrenceville Correctional Center

Report generated by Jones, C

Report run on 10/23/2017 at 12:29 PM

Grievance Number: LVCC-17-INF-03284

Next Action Date: 11/7/2017 12:00 AM

| On this date: | 10/23/2017 | I have received a statement from: |
|---|---|---|
| Raynor, James H | 1007103 of | Lawrenceville Correctional Center 70-71-109-109-T |
| (Offender Name and DOC#) | | (Filed Location and Housing) |
| Setting out the following complaint: | | |
| For over a full month and a half the handicap shower has been turned off. As such I have had to use the small showers I am a handicap inmate. On 9/24/17 I slipped in the small shower due to a small piece of soap. I severely hurt my knee cap and has been in extreme pain. On 10/18/17 my knee gace up on me in the small shower on the back knee cap and broke the skin open and put a sore on my bad knee cap. I am not suppose to be in the small shower. I am a handicap inmate and need the handicap shower so I can sat so I don't fall plus I have a spine injury that warrants me to use the handicap shower. There is no reason what so ever for the handicap shower to be turned off for a month and half. Please be advised today 10/20/17 after 3 times of asking HU 70 manager Mr. Jones to try and get them turned back on to no avail. I contacted my attorneys to file court order to have this evidence photoed and video taped for court as legal evidence as was done at Sussex 2 SP. | | |
| C Jones | | Grievance |
| (Signature) | | (Title) |

DATE I INJURED MY RIGHT KNEE CAP - 9-24-17:

WENT OUT FOR MRI, I WAS TOLD I NEED SURGERY FOR MY RIGHT KNEE CAP, NO FOLLOW UP OR SURGERY WAS DONE:

G I ENDOSCOPY

Powered by Provation MD

P:

Health System
Virginia Commonwealth University
MCV Hospitals and Physicians

EXhibiT-(G)- PART #(2).

| | | | |
|---|---|---|---|
| **Patient Name:** | James Raynor | **Procedure Date:** | 8/21/2018 3:12 PM |
| **MRN:** | 4542402 | **Account Number:** | 706172566745 |
| **Date of Birth:** | 5/15/1960 | **Admit Type:** | Outpatient |
| **Age:** | 58 | **Note Status:** | Finalized |
| **Attending MD:** | DOUMIT S. BOUHAIDAR, MD | **Instrument Name:** | L1C709G163 |

**Procedure:** Colonoscopy

**Indications:** High risk colon cancer surveillance: Personal history of colonic polyps, Surveillance: Personal history of colonic polyps (unknown histology) on last colonoscopy more than 5 years ago, Surveillance: Personal history of colonic polyps with unknown histology on last colonoscopy (inadequate bowel preparation) less than 3 years ago, Last colonoscopy: January 2011

**Providers:** DOUMIT S. BOUHAIDAR, MD (Doctor), JOSEPH STAPLEY REDMAN, MD (Fellow), Jonathan King (Nurse), Marcia Chambers

**Patient Profile:** This is a 58 year old male.

**Referring MD:** DANIEL M. CALHOUN, MD (Referring MD) LAWRENCEVILLE CORRECTIONAL CENTER 1607 PLANTERS RD LAWRENCEVILLE, VA 23868

**Requesting Provider:**

**Medicines:** Fentanyl IV 200 mcgs, Versed IV 8 mgs

**Procedure:** Pre-Anesthesia Assessment:
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed. The patient is competent. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered and informed consent was obtained. Patient identification and proposed procedure were verified by the physician, the nurse and the technician in the pre-procedure area in the procedure room in the endoscopy suite. Mental Status Examination: alert and oriented. Airway Examination: normal oropharyngeal airway and neck mobility. Respiratory Examination: clear to auscultation. CV Examination: normal. Prophylactic Antibiotics: The patient does not require prophylactic antibiotics. Prior Anticoagulants: The patient has taken no previous anticoagulant or antiplatelet agents. ASA Grade Assessment: II - A patient with mild systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure. The anesthesia plan was to use moderate sedation / analgesia (conscious sedation). Immediately prior to administration of medications, the patient was re-assessed for adequacy to receive sedatives. The heart rate, respiratory rate, oxygen saturations, blood pressure, adequacy of pulmonary ventilation, and response to care were monitored throughout the procedure. The physical status of the patient was re-assessed after the procedure.

After I obtained informed consent, the scope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously.The Colonoscope was introduced through the anus and advanced to the terminal ileum. Any specimens taken will be listed below in the Findings section of the note. If there are no specimens listed in Findings, then no specimens were taken. The colonoscopy was performed without difficulty. The patient tolerated the procedure well. The quality of the bowel preparation was good.

**Attending Participation:**

I was present and participated during the entire procedure, including non-key portions.

**Findings:**

Multiple small and large-mouthed diverticula were found in the sigmoid colon.

10/22/18
C Schaaf MD

Exhibit-C-

SENCE - JUNE - 2020 (C.P.A.P. MACHINE DENIED FOR (8) MONTHS)

VIRGINIA DEPARTMENT OF CORRECTIONS

Emergency Grievance 866_F4_4-16

## Emergency Grievance

Log # 157837

*Emergency Grievances* are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.

| RAYNOR | RABBI: JAMES | # 1007103 | LVCC | HU-70-71-109 |
|---|---|---|---|---|
| Offender Last Name | First | Number | Facility | Building-Cell/Bed |

## PART A- OFFENDER CLAIM

What is the emergency? MEDICAL SUPERVISORS, FOR DENINING ME MY A.D.A. MEDICAL EQUIPMENT. THAT IS UNDER COURT ORDER FOR ME TO HAVE, MY C.P.A.P. MACHINE "FOR (6) MONTHS, AND BY THIS UNLAWFUL DENIED A.D.A. DURABLE MEDICAL EQUIPMENT, AND THE FACT "LAST NIGHT" I STOPED BREATHING AND HAD TO HAVE MY CELLY WAKE ME BEFORE I LOST MY LIFE: MEDICAL SUPERVISOR'S IS AND HAS, AND KEEPS PUTTING MY LIFE AT SERIOUS RISK OF HARM OR INJURY: IN VIOLATION'S OF U.S. CONSTITIONAL LAWS OF THE 8TH AMENDMENT FOR DELEBERATE INDIFFERENCE OF MY SERIOUS MEDICAL NEEDS: ALSO VIOLATING FEDERAL COURT ORDERED SETTELMENT AGREEMENT CONTRACT PAGE # (2), LINE # (3). AND ALSO COMMITTING CRIMINAL FRAUDULANT CONVERSION TO WITH HOLD MY PERSONAL PROPERTY: DUE TO TWO LEGAL FACTS, I TURNED MINE IN FOR REPLACEMENT DUE TO SEWER WATER DAMAGE: IN JUNE 2020: # (2). IN FEB-2017 A SLEEP STUDY TEST WAS DONE FOR (2) NIGHTS AT SOUTH HAMPTON: AND WITH HOLDING MY C.P.A.P. FROM ME IS "STEALING" AND PUTTING MY LIFE IN DANGER OF SERIOUS RISK OF HARM DEATH: MEDICAL SUPERVISORS HAS COMMON KNOWLEDGE OF THIS: AND LEGAL ACTIONS ARE BEING TAKEN:

11-4-20 9:20AM — Date/Time

Rabbi James Raynor 1007103 — Offender Signature and Number

## PART B- STAFF RESPONSE

(This part is to be completed and returned to the offender within eight (8) hours.)

☐ Your grievance does not meet the definition for an emergency. Action Taken/Recommended:

- ☐ Submit Informal Complaint
- ☐ Submit Sick Call Request
- ☐ Submit Request to Dental
- ☐ Evaluated by Medical: Date Seen
- ☐ Send an Offender Request To:
- ☒ Other (Provide detailed explanation below)

PLEASE BE ADVISED THAT IN CONSULTATION WITH THE PHYSICIAN, YOU WILL BE ADMITTED INTO MEDICAL OBSERVATION TO MONITOR YOUR APNEA + O2 SATURATION. YOUR APPOINTMENT TO RECEIVE THE REPLACEMENT (BELOW)

☒ Your grievance has been determined to be an emergency and the following action has been taken:

- ☐ Sent to Hospital: Date Transported
- ☒ Other (Provide detailed explanation below)

CPAP WILL BE OCCURRING SOON! "BE AWARE THAT IN ORDER FOR US TO PROVIDE A NEW CPAP WE MUST FIRST COMPLETE A NEW SLEEP STUDY TO HAVE THE MACHINE CALIBRATED."

11/4/20 1007 — Date/Time

[signature] — Respondent Signature

C. Yarger RN, RHSM GEO Secure Services Eastern Regional Office — Name/Title Printed

☐ **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified

Alleged sexual abuse or sexual harassment ☐ Will be referred for Investigation

Determination by: ______ Signature ______ Name/Title Printed ______ Date/Time



VIRGINIA DEPARTMENT OF CORRECTIONS

# Grievance Receipt Report

VACORIS C - #.0

DOC Location: LVCC Lawrenceville Correctional Center

Report generated by Jones, C

Report run on 11/05/2020 at 11:16 AM

Exhibit- C -

Grievance Number: LVCC-20-INF-03543

Next Action Date: 11/20/2020 12:00:00 AM

| On this date: | 11/05/2020 | I have received a statement from: |
|---|---|---|
| Raynor, James H 1007103 | of | Lawrenceville Correctional Center Inf-01-01-B |
| (Offender Name and DOC#) | | (Filed Location and Housing) |
| Setting out the following complaint: | | |
| warrant will be issued for replacement of cpap machine. | | |
| C Jones | | Grievance Coordinator |
| (Signature) | | |

MY REFUSSED C.P.A.P. mechine For (8) months SENCE JUNE - 2020

Officer Initials: ____________

DEPARTMENT OF CORRECTIONS

CONSTITUTIONAL LAWS UNDER 14th AMENDMENT FOR DUE PROCESS OF THE LAW:

EXHIBIT - C -

Informal Complaint 866_F3_4-17

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint. **An Informal Complaint is not required for an alleged incident of sexual abuse.**

Rabbi: James H. Raynor # 1007103

Offender Name

Offender Number

HU-70-71-109

Housing Assignment

MEDICAL RECORDS DEPARTMENT:

Individuals Involved in Incident

11-11-20 / AT 4:00 PM

Date/ Time of Incident

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [x] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify):
- [ ] Institutional Program Manager
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific): PLEASE BE ADVISED, ON 8-12-20, AND ON 10-2? 20, I FILED (2) NOTICES ALONG WITH MONEY WITHDRAW FOR MEDICAL RECORDS OF: #(1). A SLEEP STUDY TEST THAT WAS DONE AT SOUTH HAMPTON, BY "NANCY" THE TEST TECK: #(2)- A MEDICAL RECORD COPY OF MY MEDICAL DIET ORDER OF 4-21-20: #(3). A COPY OF MY MEDICAL RECORD'S OF MY MEDICAL DIET ORDER OF 9-12-20. AND COPY OF THAT MEDICAL VISIT DEALING WITH MY ISSUES AT THAT VISIT: AT THIS POINT I'M GIVEN MEDICAL RECORDS UNTILL 11-13-20 AT 4:00 PM. TO COME UP WITH MY MEDICAL RECORDS, OR ON MONDAY 11-16-20 A FORMAL LEGAL DOCUMENT WILL BE FILED BY MY ATTORNEYS TO THE COURT FOR UNLAWFULL WITH HOLDING MATERIAL EVIDENCE FROM THE COURT UNDER CRIMINAL CONTEMPT TO WITH HOLD UNDER U.S. CONSTITUTIONAL LAWS OF THE 14th AMENDMENT UNDER DUE PROCESS OF THE LAW (90) DAYS PASTED IS SUFFICENT TIME TO HAVE OBTAINED SAID MEDICAL DOCUMENT: A TRUE COPY OF THIS LEGAL NOTICE HAS WENT OUT TO MY ATTORNEYS AT BAILEY LAW FIRM FOR PROCESSING MONDAY 11-16-20, IF DOCUMENTS IS NOT OBTAINED BY 11-13-20 AT 4:00 PM

Offender Signature Rabbi: James Raynor Date 11-12-20

**Offenders - Do Not Write Below This Line**

**Date Received:** ______

**Response Due:** ______

**Tracking #** ______

**Action Taken/Response:**

**Assigned to:** ______

MY REFUSSED C.P.A.P. MACHINE

FOR (8) MONTHS FROM JUNE - 2020

Respondent Signature

Printed Name and Title

Date

**WITHDRAWAL OF INFORMAL COMPLAINT:**

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: ______ Date: ______

Staff Witness Signature: ______ Date: ______



VIRGINIA DEPARTMENT OF CORRECTIONS

# Grievance Receipt Report

Exhibit - C -

VACORIS C - #.0

DOC Location: LVCC Lawrenceville Correctional Center

Report generated by Jones, C

Report run on 10/27/2020 at 01:34 PM

Grievance Number: LVCC-20-INF-03435

Next Action Date: 11/11/2020 12:00:00 AM

| On this date: | 10/27/2020 | | I have received a statement from: |
|---|---|---|---|
| Raynor, James H | 1007103 | of | Lawrenceville Correctional Center<br>70-71-109-109-T |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| Has been refused a cpap machine since June 2020. | | | |
| C Jones | | | Grievance Coordinator |
| *(Signature)* | | | |

Officer Initials: ____________



Exhibit - ~~[illegible]~~ C — RESPONSE THAT SELF ADMIT'S COMMON KNOWLEDGE OF SERIOUS RISK OF HARM OR INJURY:

VIRGINIA
DEPARTMENT OF CORRECTIONS

Emergency Grievance 866_F4_4-16

# Emergency Grievance

Log # 158136

*Emergency Grievances* are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.

| RAYNOR | RABBI: JAMES | # 1007103 | LVCC | HU-70-71-109 |
|---|---|---|---|---|
| Offender Last Name | First | Number | Facility | Building-Cell/Bed |

## PART A- OFFENDER CLAIM

What is the emergency? I HAVE BEEN OUT OF MY MEDICAL SUPPLYS FOR (3) WEEKS, MY BABY WIPES,! I'VE BEEN OUT OF WATER FOR MY C.P.A.P. FOR A FULL WEEK + HALF: OUT OF MY EXCIDERIN FOR MIGRAINES FOR (3½) WEEKS, AND MY MOTRIN FOR MY SPINE FOR (4) MONTHS NOW WITH OUT ANYTHING TO HELP: I KEEP GETTING PEOPLE AND STAFF TELLING ME IT WILL BE TAKING CARE OF AND I STILL HAVE TO DEAL WITH ALL THE DEBILITATING PAIN ON MY OWN: PUTTING MY HEALTH AND LIFE MEDICALLY IS NOT A JOKE: I'M TIRED AND I'M IN PAIN, AND FORMAL LEGAL ACTIONS WILL BE TAKEN: COPIE ARE SENT OUT FOR EXHIBITS.

4-27-21 9:47 AM — Date/Time

Rabbi: James Raynor # 1007103 — Offender Signature and Number

## PART B- STAFF RESPONSE

(This part is to be completed and returned to the offender within eight (8) hours.)

☐ Your grievance does not meet the definition for an emergency. Action Taken/Recommended:

☐ Submit Informal Complaint ☐ Evaluated by Medical: Date Seen

☐ Submit Sick Call Request ☐ Send an Offender Request To:

☐ Submit Request to Dental ☐ Other (Provide detailed explanation below)

→ 4/27/2021: Admin Aware of Supply Needs : Dr order Excedrin should be here. FRDAM. - No order for motrin you have Tylenol order. Take Care Mr Raynor.

☐ Your grievance has been determined to be an emergency and the following action has been taken:

☐ Sent to Hospital: Date Transported ☐ Other (Provide detailed explanation below)

1500 4/27/2021 — Date/Time

B. Russell RN — Respondent Signature

B. Russell — Name/Title Printed

☐ **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified

Alleged sexual abuse or sexual harassment ☐ Will be referred for Investigation

Determination by: ______ Signature ______ Name/Title Printed ______ Date/Time

Distribution: Original Grievance returned to Offender, Copy forwarded to Institutional Ombudsman/Grievance Coordinator

 VIRGINIA DEPARTMENT OF CORRECTIONS

# Grievance Receipt Report

Exhibit-D-(3)

VACORIS C - #.0

DOC Location: LVCC Lawrenceville Correctional Center

Report generated by Jones, C

Report run on 02/26/2021 at 11:28 AM

Grievance Number: LVCC-21-INF-00492

Next Action Date: 3/13/2021 12:00:00 AM

| On this date: | 02/26/2021 | | I have received a statement from: |
|---|---|---|---|
| Raynor, James H | 1007103 | of | Lawrenceville Correctional Center<br>70-71-109-109-T |
| (Offender Name and DOC#) | | | (Filed Location and Housing) |
| Setting out the following complaint: | | | |
| For 7 weeks you have not been provided with baby wipes for your medical issues. | | | |
| C Jones | | | Grievance |
| (Signature) | | | |

Officer Initials: ______________

FORMAL LEGAL NOTICE OF ACTION NEEDED BY MEDICAL DEPARTMENT.

EXHIBIT-D-(2)

GEO
The GEO Group, Inc.

LAWRENCEVILLE CORRECTIONAL CENTER
Lawrenceville, VA

RECEIVED
4-26-21
RW 1205

ROUTINE

Offender Request

DIRECTIONS
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| RAYNOR | RABBI: R JAMES | H. | # 1007103 | HU-70-71 109 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| N/A | MS. JONES | 4-24-21 |

TO: ☐ Unit Manager ☐ Treatment ☐ Chaplain ☐ Other ______ ☒ Medical ☐ Mental Health ☐ Facility Admin. ☐ Personal Property ☐ Education ☐ Asst. Facility Admin. ☐ Law Library ☐ Dental ☐ Chief of Housing & Programs ☐ Security ☐ Maintenance ☐ Accounting

CHECK PURPOSE ☒ Appointment Request ☐ Question/Statement MS. KING, H.S.A / MR. YAGAR, R.H.S.M

CAN I PLEASE GET MY BABY WIPES EVERY WEEK LIKE I'M SUPPOST TO GET THEM PER MY FEDERAL SETTLEMENT AGREEMENT CONTRACT BY GEO-GROUP INC AND MY SELF. I HAVE ONLY FOR SOME REASON OR THE OTHER GET THEM (1) ONCE A MONTH. I WAS TOLD TO GET THEM ON SUNDAY'S; I GET THERE AT MEDICAL THAT DON'T HAVE THEM, THEY TELL ME COME BACK ON MONDAY'S; THEN I'M TOLD THE PERSON WHO HAS THEM IS GONE AND AGAIN I DON'T GET THEM. IN FACT MS. KING THE LAST ONE'S I GOT YOU GAVE ME IN THE BACK HALL WAY. NOT GETTING THE MEDICAL ITEM'S OR EQUIPMENT VIOLATES AND DEFAULT; THE FEDERAL SETTLEMENT AGREEMENT CONTRACT BY GEO-GROUP INC AND MY SELF. I CAN'T KEEP GOING ON LIKE THIS, I'M ACTING IN GOOD FAITH, AND I'VE BEEN RESPECTFUL, + UNDERSTANDING, BUT THING'S HAS TO CHANGE TO HELP THIS ISSUE; PLEASE MEET WITH ME WITH MR. YARGER;

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: ______ Date: ______

Supplies are issued on Sunday's and you have been added to master pass

Offender seen ☐ Yes ☐ No

[signature]
Official Responding

4-26-21
Date of Response

Revised Date: 01/15/2020



The GEO Group, Inc.

LAWRENCEVILLE CORRECTIONAL CENTER
Lawrenceville, VA

Exhibit - D-(1).

# Offender Request

DIRECTIONS
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| RAYNOR | RABBI- JAMES | H. | # 1007103 | HU-70-71 109 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| N/A | | NOV - 25TH - 2020 |

TO: ☐ Unit Manager ☐ Treatment ☐ Chaplain ☐ Other ☒ Medical SELF-meds ☐ Mental Health ☐ Facility Admin. ☐ Personal Property ☐ Education ☐ Asst. Facility Admin. ☐ Law Library ☐ Dental ☐ Chief of Housing & Programs ☐ Security ☐ Maintenance ☐ Accounting

CHECK PURPOSE ☒ Appointment Request ☐ Question/Statement

RX 27752532-1 1007103
RAYNOR, JAMES 345 QTY 60
IBUPROFEN (MOTRIN) 800MG TAB

I NEED TO GET THIS MEDICATION FILLED, I'M OUT OF IT AND I NEED MY BABY WIPES, I'M OUT AND NEVER GOT LAST WEEK OR THIS WEEK UP TO THIS POINT! THANK YOU FOR YOUR TIME
GOD BLESS + KEEP YOU SAFE
FROM COVID-19.

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☑ Yes ☐ No; Routed to: pharmacy Date: 11-30-20

Your order expired 10-11-20 you will be schedule for sick call

Offender seen ☐ Yes ☑ No

[signature] LPN
Official Responding

11-30-20
Date of Response



"Exhibit (2)"

VIRGINIA
DEPARTMENT OF CORRECTIONS

"SENT BACK NON RESPONSE" For REFUSSED MEDS FOR SIEZURES

Emergency Grievance 866_F4_4-16

## Emergency Grievance

Log # 142378

*Emergency Grievances* are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.

| Offender Last Name | First | Number | Facility | Building-Cell/Bed |
|---|---|---|---|---|
| RAYNOR | Rabbi: JAMES | # 1007103 | LVCC | H4-70-71-109 |

## PART A- OFFENDER CLAIM

What is the emergency? From "7:00 AM UNTILL 10:05 PM" I NEVER GOT MY MEDICATION FOR MY SIEZURES, OR MY LUNCH TRAY. AT 10:15 PM I GOT MY LUNCH, AT THIS TIME I'M STILL WAITING FOR MY SIEZURE MEDICATION THAT DAY SHIFF AT MEDICAL NEVER GAVE ME!! THE ISSUES IN THIS EMER-GRIEVANCE WILL BE TAKEN TO THE U.S. DISTRICT COURT BY MY ATTORNEYS ON 6-20-20: ENOFE IS ENOFE MEDICAL IS PUTTING MY LIFE ENDANGER OF SERIOUS RISK OF HARM + INJURY:

6-19-20 10:05 PM. Rabbi: James Raynor #1007103 PILL CALL CAME CELL AT 12:37

Date/Time — Offender Signature and Number

## PART B- STAFF RESPONSE

(This part is to be completed and returned to the offender within eight (8) hours.)

☐ Your grievance does not meet the definition for an emergency. Action Taken/Recommended:

☐ Submit Informal Complaint ☐ Evaluated by Medical: Date Seen ______

☐ Submit Sick Call Request ☐ Send an Offender Request To: ______

☐ Submit Request to Dental ☐ Other (Provide detailed explanation below)

☐ Your grievance has been determined to be an emergency and the following action has been taken:

☐ Sent to Hospital: Date Transported ☐ Other (Provide detailed explanation below)

Date/Time — Respondent Signature — Name/Title Printed

☐ **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified

Alleged sexual abuse or sexual harassment ☐ Will be referred for Investigation

Determination by: ______

Signature — Name/Title Printed — Date/Time

Distribution: Original Grievance returned to Offender, Copy forwarded to Institutional Ombudsman/Grievance Coordinator

[Detach here]

## PART C- RECEIPT

Log #: 142378

Offender Last Name — First — Number — Facility — Building-Cell/Bed

I acknowledge receipt of this complaint from the above offender. [Complete and issue to offender if taking from his/her presence for response.]

Date/Time — Recipient's Signature (Staff Member) — Name/Title Printed

ExhiBiT- (E)-1

VIRGINIA DEPARTMENT OF CORRECTIONS

# Grievance Receipt

866.1 A-3

DOC Location: LVCC Lawrenceville Correctional Center

Report generated by Bridgeford, A

Report run on 07/09/2020 at 09:47 AM

Grievance Number: LVCC-20-INF-02216

Next Action Date: 07/24/2020 12:00 AM

| On this date: | 07/09/2020 | | I have received a statement from: |
|---|---|---|---|
| Raynor, James H | 1007103 | of | Lawrenceville Correctional Center 70-71-109-109-T |
| (Offender Name and DOC#) | | | (Filed Location and Housing) |
| Setting out the following complaint: | | | |
| You were refused your seizure medication | | | |
| "A. Green" | | | "Jobs Coordinator" Not Grievance coordinator. |
| (Signature) | | | (Title) |

I was refussed my seizure medication due to security chief Parker not letting nurses bring in medication for my seizure:

Rev. 03/30/2009

FORMAL LEGAL NOTICE OF ACTIONS BEING TAKEN:

STILL 5-11-21 NO PAIN MEDICATION FOR/TREATMENT FOR MY SPINE INJURY:

EXHIBIT-(E)-2

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Informal Complaint** 866_F3_4-17

# Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

**An Informal Complaint is not required for an alleged incident of sexual abuse.**

Offender Name: RABBI: JAMES H. RAYNOR
Offender Number: # 1007103
Housing Assignment: HU-70-71-109

Individuals Involved in Incident: DOCTOR. AND MEDICAL STAFF SUPERVISOR H.S.A.
Date/ Time of Incident: 4-3-20 / 7:00 AM

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [x] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [x] Other (Please Specify): TO: MR. ALVARADO H.S.A.
- [ ] Institutional Program Manager
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific): TODAY I ALMOST FELL (2) TIMES, "DUE TO THE ON GOING EXTREM DEBILITATING PAIN I'M STAYING IN. IN MY SPINE DUE TO NOT GETTING ANY PAIN MEDICATION WHAT SO EVER! I HAVE LET DOCTOR. T. KNOW, A NUMBER OF NURSES, I'M STAYING IN EXTREM DEBILITATING PAIN, IN MY SPINE: AND FOR ALMOST (2) FULL MONTHS I'VE BEEN DENIED ANY PAIN MEDICATION TO HELP WITH THIS PAIN MY SPINAL INJURY CONDITION IS CAUSING ME TO FALL MORE: THIS MORNING I ALMOST FELL (2) TIMES URINATING IN THE TOILET: I'VE TRYED TO BE PATIENT, I SEEN DOCTOR.T I STILL HAVE NOT RECIEVED ANY PAIN MEDICATION FOR MY SPINE: I HAVE LET DOCTOR. T. KNOW I'VE NOT BEEN ABLE TO USE THE TOILET TO RELEASE MY BOWELS, IN (2) MONTHS I USED THE TOILET (2) TIMES: SHE SAID SHE ORDERED THESE THINGS BUT YET I'VE NOT SEEN OR BEEN GIVEN ANYTHING FOR THE ISSUES: SHE ALSO PUT IN MY MEDICAL RECORDS I CAN'T EAT FISH BEANS, OR PEANUT BUTTER" DUE TO MEDICAL CONDITION AND I STILL NOT GOT THAT DOCUMENT I GATHER: BUT I WILL BE CONTACTING MY ATTORNEYS AND THE COURT. I'VE WROTE H.S.A. MR. ALVARADO (4) REQUEST I'M NOT SURE IF HE GOT THEM OR NOT: HE TOLD ME IF I NEED HELP WRITE TO HIM AND I'VE DONE THAT I HAVE NO OTHER WAY BUT BY LEGAL ACTION TO GET ANY HELP

Offender Signature: *Rabbi: James H. Raynor* Date: 4-3-20

**Offenders - Do Not Write Below This Line**

**Date Received:** 4-7-20
**Tracking #** LVCC20-INF01250
**Response Due:** 4-21-20
**Assigned to:** Medical

Action Taken/Response:

Mr Raynor,

Please see [illegible] 4/21/20 @ 1600

Respondent Signature: [signature] Printed Name and Title: [signature] Date: 04/15/20

**WITHDRAWAL OF INFORMAL COMPLAINT:**

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: ______________________ Date: __________

Staff Witness Signature: ______________________ Date: __________

RECEIVED APR 07 2020 LVCC GRIEVANCE

Emer. Grievance log # 145780

VIRGINIA
DEPARTMENT OF CORRECTIONS

Exhibit – (F)

**Informal Complaint** 866_F3_4-17

# Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

**An Informal Complaint is not required for an alleged incident of sexual abuse.**

Offender Name: Rabbi: James H. Raynor
Offender Number: # 1007103
Housing Assignment: HU-7D-71-109
Individuals Involved in Incident: Medical Department
Date/ Time of Incident: 4-3-20 / ~~[illegible]~~ 1:00 PM

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [x] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify):
- [ ] Institutional Program Manager
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific): ON 4-3-20 AT 1:00 PM I FILED AN EMERGENCY GRIEVANCE LOG # 145780, FOR MEDICAL ISSUES. AS OF TODAY 4-4-20 I HAVE NOT GOT NO REPLY BACK FROM THAT EMER.-GRIEVANCE O.P. IS BEING BROKEN, AND I STILL HAVE NO MEDICAL HELP: AND I'M STILL IN EXTREM DEBILITATING PAIN IN MY SPINE, AND FALLING

Offender Signature: Rabbi: James H Raynor  Date: 4-4-2020 AT 10:45 AM.

**Offenders - Do Not Write Below This Line**

**Date Received:** 4-7-20  **Tracking #** LVCC20Inf01248
**Response Due:** 4-21-20  **Assigned to:** Medical
Action Taken/Response:

Mr Raynor Please Come Screen 04/21/20 @ 1600

Respondent Signature: A. Duranalvarado/HSA
Printed Name and Title: A. Duranalvarado | HSA
Date: 4-15-20

**WITHDRAWAL OF INFORMAL COMPLAINT:**

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: ______________________ Date: ____________

Staff Witness Signature: ______________________ Date: ____________

RECEIVED APR 07 2020 LVCC GRIEVANCE DEPT

GEO
The GEO Group, Inc.

# LAWRENCEVILLE CORRECTIONAL CENTER

Lawrenceville, VA

Exhibit-(F)-1

## Offender Request

FORMAL LEGAL NOTICE OF INTEN[T] FOR CRIMINAL INVESTIGATION [OF] ON GOING VIOLATIONS UNDER U.S. CONSTITUTIONAL LAWS OF THE 8TH AMENDMENT FOR CRUEL AND UNUSUAL PUNISHMENT FOR DELIBERATE INDIFFE[RE]NCE OF [SERIOUS] MEDICAL NEEDS

**DIRECTIONS**

1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| RAYNOR | RABBI: JAMES | H. | # 1007103 | HU-70-71 109 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| N/A | MS. GREEN | "4-10-20" |

TO: ☐ Unit Manager ☐ Treatment ☐ Chaplain ☒ Other Mr. ALVARADO H.S.A. ☒ Medical ☐ Mental Health ☐ Warden ☐ Personal Property ☐ Education ☐ Asst. Warden Operations ☐ Law Library ☐ Dental ☐ Asst. Warden Programs ☐ Security ☐ Maintenance ☐ Accounting

**CHECK PURPOSE** ☒ Appointment Request ☐ Question/Statement

Mr. ALVARADO, SIR THIS REQUEST WILL BE THE LAST REQUEST I SEND YOU: I HAVE SENT (3) OTHER REQUEST, AND (2) INFORMAL COMPLAINTS, I'VE BEEN TRYING TO MEET WITH YOU, DUE TO SOME SERIOUS ISSUE'S WITH STAFF IN MEDICAL DEPARTMENT: AND ON GOING MEDICAL ISSUES THAT IS BEING IGNORED, THAT IF IT CAN NOT BE ADDRESSED WITH IN THE NEXT (5) DAYS I WILL HAVE MY ATTORNEYS PUT IN THE U.S. DISTRICT COURT, AND U.S. DEPARTMENT OF JUSTICE, AS WELL TO THE U.S. DEPARTMENT OF HEALTH + HUMAN SERVICE, TWO FORMAL RELEVANT EMERGENCY WARRNTS #(1). UNDER EXCEPTIONAL CIRCUMSTANCES FOR A PHYSICAL LEGAL INVESTIGATION OF MY MEDICAL RECORDS, TREATMENT PROCESS, MEDICATIONS PROCESS, AND PHOTO EVIDENCE WITH FEDERAL SUBPOENAS!! WHERE THEY WILL COME HERE LIKE AT SUSSEX-2-S.P. CLOSE MEDIC[AL] DOWN WHILE INVESTIGATING + PHOTO'S OF MY MEDICAL RECORDS, AND TREATMENT'S I'VE NOT HAD; THEY WILL ~~COLLECT~~ COLLECT MATERIAL EVIDENCE, AND SWORN AFFIDAVIT'S BY OTHER INMATES GOING THROUGH THE SAME ISSUES. #(2). THEY WILL INVESTIGATE AND EXAMIN[E] WHY UNLAWFUL DEPRIVATION OF NEEDED MEDICATION'S AND TREATMENT IS BEING DENIED. UNDER TH[E] 8TH AMENDMENT AND FIND OUT WHY "MYSELF" AND OTHER INMATES ARE BEING DENIED MEDICAL CARE AND MEDICATIONS; WHEN WE TALKED I TOOK YOU AS A MAN OF YOUR WORD: BUT FOR MONT[HS] I'VE BEEN DENIED MY PAIN MEDICATION FOR MY SPINE, AND I KEEP RUNNING OUT OF MY SELF MEDICATION'S FOR NO REASON: UNDER GOOD FAITH I MET WITH YOU, AND UNDER GOOD FAITH I'M TRYING TO MEET WITH YOU AGAIN TO CLEAR UP THE ISSUES, BEFORE FILING COURT DOCUMENTS TO PUSH THE MEDICAL NEEDED ISSUES. BUT IN (5) DAYS MY ATTORNEYS WILL DUE WHAT IS NEEDED TO PROTECT MY HEALTH AND LIFE:

**DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE**

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: HSA Date: 04/13/20

Mr Raynor please come see me 04/15/20 @ 1600.

Offender seen ☐ Yes ☐ No

[signature]
Official Responding

04/13/20
Date of Response

Revised Date: 02/15/18

GEO
The GEO Group, Inc.

# LAWRENCEVILLE CORRECTIONAL CENTER
Lawrenceville, VA

EXHIBIT-(F)-1 **Offender Request** PART #(2). TO MR. ALVARADO H.S.A.

**DIRECTIONS**
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| RAYNOR | Rabbi: JAMES | M. | # 1007103 | H4-70-71 109 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| N/A | Ms. Green | 4-16-20 |

TO: ☐ Unit Manager ☐ Treatment ☐ Chaplain ☐ Other ______ ☒ Medical ☐ Mental Health ☐ Warden ☐ Personal Property ☐ Education ☐ Asst. Warden Operations ☐ Law Library ☐ Dental ☐ Asst. Warden Programs ☐ Security ☐ Maintenance ☐ Accounting

**CHECK PURPOSE** ☒ Appointment Request ☐ Question/Statement

MR. ALVARADO: THE (5) WORKING DAYS IS ALL I CAN GIVE AT THIS POINT, I'M IN EXTREM DEBILITATING PAIN, MY SPINE IS GETTING MORE WORSE, MY MIGRAINES ARE GETTING MORE SEVER AND UNCONTROLABLE BECAUSE OF NOT GETTING MY MEDICATION'S: AT THIS POINT MY ATTORNEYS ARE ~~[illegible]~~ PUSHING FOR ME TO LET THEM TAKE LEGAL ACTION I ASKED THEM TO GIVE ME (5) WORKING DAYS TO MEET WITH YOU: AFTER THAT THEY WILL TAKE OVER AND DO WHAT THEY DO BEST:

THANK YOU FOR YOUR TIME
God BLESS, BE SAFE.

PLEASE MEET WITH ME SOON AS YOU CAN!

**DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE**

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: ______ Date: ______

Offender seen ☐ Yes ☐ No

Official Responding ______ Date of Response ______

*Revised Date: 02/15/18*

VIRGINIA DEPARTMENT OF CORRECTIONS

Formal Notice of Actions Being Taken: EXHIBIT-(F)-2

Informal Complaint 866_F3_4-17

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

Offender Name: RABBI: JAMES H. RAYNOR
Offender Number: # 1007103
Housing Assignment: HU-70-71-109
Individuals Involved in Incident: MEDICAL STAFF
Date/ Time of Incident: 6-20-20 / 7:00 AM

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [x] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify):
- [ ] Institutional Program Manager
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific): MR. ALVARADO, TOLD ME IF I HAD ANY ISSUES WITH MEDICAL DEPARTMENT TO LET HIM KNOW OF MY ISSUES AND TO LET MEDICAL STAFF KNOW TO GET HIM WHEN AND IF I NEED HIM: I HAVE ASKED TO SEE HIM, EVER SENCE BEFORE I WAS TAKEN OUT OF MEDICAL CELL #(1), I LET NURSES KNOW, I LET SECURITY OFFICERS KNOW, AND EVERY SENCE I'VE BEEN BACK IN HU-70-71-109 AND I HAVE WROTE MANY REQUEST TO SEE HIM: I DON'T KNOW IF MEDICAL STAFF IS LETTING HIM KNOW I NEED TO SEE HIM, OR IF THEY ARE KEEPING MY REQUEST FORM'S FROM HIM: AK I KNOW IS I'VE DONE EVERY THING HE HAS ASKED OF ME TO DO AND I STILL HAVE NOT SEEN HIM TO TALK TO HIM ABOUT MY ISSUES I'M HAVING AND AFTER THIS COMPLAINT, I WILL NOT WRITE OR ASK TO SEE ANY ONE ANY MORE I'M TIRED, IF I CAN'T SEE HIM BY 6-30-20 WHICH MAKE'S (20) DAYS TOTAL I'VE BEEN TRYING TO SEE HIM, EVERY THING ELES WILL COME FROM COURT ORDER'S NOT MY SELF:

Offender Signature: Rabbi: James H. Raynor   Date: 6-20-20

**Offenders - Do Not Write Below This Line**

**Date Received:** 6-25-20
**Response Due:** 7-9-20
**Tracking #** LVCC20Inf02143
**Action Taken/Response:**
**Assigned to:** Medical

Mr Raynor,

due to covid 19 restrictions, currently the medical department is off limits. once medical is open I'll be more than happy to assist you. please be patient and we will ensure to take care of all your medical needs

Respondent Signature: [signature]   Printed Name and Title: [signature]   Date: 07/13/20

**WITHDRAWAL OF INFORMAL COMPLAINT:**
I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: ____________ Date: ____________
Staff Witness Signature: ____________ Date: ____________

RECEIVED AUG 12 2020 LVCC GRIEVANCE DEPT

RECEIVED JUN 25 2020 LVCC GRIEVANCE DEPT

VIRGINIA
DEPARTMENT OF CORRECTIONS

Formal Legal [illegible] Exhibit-(F)-: Being taken on medical department for life endangerment for on going refussal for medication:

Informal Conplaint 866_F3 4-17

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint. **An Informal Complaint is not required for an alleged incident of sexual abuse.**

Offender Name: Rabbi: James H. Rayner
Offender Number: # 1067103
Housing Assignment: HU-70-71-109
Individuals Involved in Incident: Medical Pill Call Staff
Date/ Time of Incident: 6-19-20/6-20-20/From 7:00 AM until 12:37 AM

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [x] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify):
- [ ] Institutional Program Manager
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific): From 6-19-20 at 7:00 AM until 6-20-20 at 12:37 AM I was refussed my siezure medications: HU-70 security staff called medical department many times from 9:00 AM on 6-19-20, untill 6-20-20 untill 12:37 AM. To inform medical department that HU-70-71-Pod + Plaintiff has not at all been given medical pill call medication from 7:00 AM on 6-19-20 untill 12:37 AM on 6-20-20 AM. This is not the first time this has happened: As such I am letting medical department know that my attorney's will be filing under federal warrnt of article (1). General provision's act life endangerment charge's: Also as stated in federal article (2). Plaintiff has given federal judicial notice of action's being taken. Plaintiff's attorney's has also filed for federal investigation's and examination's of medical conditions of confinement here at L.V.C.C. by U.S. Department of Health and Human Services, and U.S. Department of Justice: Also my daughter "Doctor Maria Lewis" is filing a formal complaint to the medical review board: Enofe is enofe: It's my life being put at risk:

Offender Signature: Rabbi: James H. Rayner    Date: 6-20-20 at 12:37 AM

**Offenders - Do Not Write Below This Line**

**Date Received:** 07.09.2020
**Response Due:** 07.23.2020
**Tracking #** LVCC 20 INF 02216
**Action Taken/Response:**
**Assigned to:** Medical

Mr. Rayner.
We apologize for any inconvenience, but due to COVID 19 restrictions and facility security issues nurses were not able to provide you with your meds. Once medical is clear for days, I'll be glad to assist you with ensuring your medical request/meds

Respondent Signature [signature]
Printed Name and Title: [signature]
Date: 07/13/20

**WITHDRAWAL OF INFORMAL COMPLAINT:**
I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: ______________ Date: ______
Staff Witness Signature: ______________ Date: ______

RECEIVED AUG 12 2020 LVCC GRIEVANCE DEPT

RECEIVED JUL 09 2020 LVCC GRIEVANCE DEPT

VIRGINIA
DEPARTMENT OF CORRECTIONS

Exhibit-(F)-4

Informal Complaint 866_F3_4-17

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

Offender Name: Rabbi: James H. Raynor
Offender Number: # 1007103
Individuals Involved in Incident: Medical Staff
Housing Assignment: HU-70-71-109
Date/ Time of Incident: 6-26-20 / From 5:00PM untill 6-27-20 AT 7:00

☐ Unit Manager/Supervisor
☐ Personal Property
☐ Medical Administrator
☐ Food Service
☐ Commissary
☒ Other (Please Specify): Warden: Breckon
☐ Institutional Program Manager
☐ Mailroom

Briefly explain the nature of your complaint (be specific): From 6-26-20 AT 5:00 PM untill 6-27-20 AT 7:00 Medical Staff has put my life at Serious Risk of Harm And/or Enjury For Refussing To Bring my Seizure Medications: Were on Another Covid-19 Lockdown And can not go To pill window To Get our Medications: And This Happens Every Time we've Been lockdown" This is Life Endangerment And violates 8th Amendment under Deliberate Indifference of my serious medical needs, And cruel And unusal Punishment: And I want A Full Incident Report Done under civil case No: 1-19-cv-01392-LMB-IDD: Where A Warrant or Subpoena will Be Issued: For The Incident Report:

Offender Signature: Rabbi: James H. Raynor Date: 6-27-20

**Offenders - Do Not Write Below This Line**

**Date Received:** 07.02.2020
**Response Due:** 07.16.2020
**Tracking #** LVCC 20 INF 02172
**Action Taken/Response:**
**Assigned to:** Medical

Mr. Reynor.
Due to COVID 19 restrictions and disturbances at the facility, the nurses were unable to access the pod

Respondent Signature: [signature]
Printed Name and Title: [signature]
Date: 07/13/20

**WITHDRAWAL OF INFORMAL COMPLAINT:**
I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: ______________________ Date: __________
Staff Witness Signature: ______________________ Date: __________

RECEIVED AUG 12 2020 LVCC GRIEVANCE DEPT

RECEIVED JUL 02 2020 LVCC GRIEVANCE DEPT

"Formal Notice of Grievance" PAGE # (1).

**The GEO Group, Inc.**

**LAWRENCEVILLE CORRECTIONAL CENTER**
**Lawrenceville, VA**

# Offender Request

**DIRECTIONS**

1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| RAYNOR | RAbbi: JAMES | H. | # 1007103 | HU-70-71 109 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| N/A | Ms. JONES | 4-15-21 |

TO: ☐ Unit Manager ☐ Medical ☐ Personal Property ☐ Law Library ☐ Security
☐ Treatment ☐ Mental Health ☐ Education ☐ Dental ☐ Maintenance
☐ Chaplain ☐ Facility Admin. ☐ Asst. Facility Admin. ☐ Chief of Housing & Programs ☐ Accounting
☒ Other Ms. ROBINSON: D.O.C. CONTRACT MONITER:

**CHECK PURPOSE** ☒ Appointment Request ☐ Question/Statement

Ms. ROBINSON, FIRST, good D. SECONDLY: I NEED TO SEE YOU A.S.A.P. IT IS AN EMERGENCY ISSUE: ON 4-14-21 I WAS INFORMED THAT WITH IN 48 HOUR NOTICE THAT I'M BEING PUT IN FOR A TRANSFER TO ANOTHER PRISON: HOW EVER I HAVE A FEDERAL SETTLEMENT AGREEMENT CONTRACT, ONE OF THE LEGAL CONDITIONS FOR WHICH I WON AS PART OF THAT AGREEMENT BY THE FEDERAL U.S. DISTRICT COURT JUDGE THE HONORABLE MICHAEL S. NACHMANOFF TRACKING CODE: "EASTERN ZOOM 9-29-20 RAYNOR" YESTERDAY I CONTACKED MY ATTORNEY ON THIS ACTION I'M SPEAKING ON: MY LEGAL WITNESSES IS THE JUDGE HIMSELF, #(2). MY ATTORNEY'S AT VICTOR M. GLASBERG + ASSOCIATES: MR. GLASBERG'S OFFICE # IS (703) 684-1100 FAX # IS (703) 684-1104: #(3) WITNESS GEO GROUP INC ATTORNEY MR. LOUIS V. CARRILLO, EXEC. V CORPORATE COUNSEL PALM BEACH FL: THESE WITNESSES CAN TELL YOU THAT I CAN NOT BE MOVED FROM L.V.C.C. UNLESS I ASK TO BE MOVED, OR AGREE TO BE MOVED AS I HAVE LET MS. BULLOCK KNOW, AS WELL AS HU. COUNSELORS, + D.D. HICKS, MOVING ME WILL BE NOT ONLY A BREACH OF THAT SETTLEMENT AGREEMENT CONTRACT BUT ALSO DEFALT'S ALL THE CONTRACT EVEN THE CONDITIONS OF CONFIDENTLALITY CLAUSE, AND INDEMNIFICATION AGAINST ANY LIENS, AND THE NON DISCLOSURE, WILL HAVE A FULL DISCLOUSER OF ALL LEGAL MATTERS OF THIS CASE: BY MS. BULLOCK'S MISCONDUCT, AND DELIBERATE INDIFFERENCE TO THIS UNLAWFUL ACT PUT'S THIS AS CRIMINAL CONTEMPT OF THE FEDERAL COURT ORDER RAYNOR V. HAROLD W. CLARKE VA. D.O.C. (AND GEO GROUP INC ACTION NO: 1-19-CV-1392. SETTLED 9-29-20: THIS KIND OF CRIMINAL CONTEMPT OF THE JUDGES ORDER IS AS A FELONY ACT. DUE TO HER THREAT, INTIMATION, AND RETALIATION, BEING SHE WAS A DEFENDANT IN THAT CASE: AND SHE IS ALSO COMMITTING FRAUD, WITH INTENT, PUNISH:

**DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE**

## RESPONSE

**Request sent to correct department** ☐ Yes ☐ No; Routed to: ____________ **Date:** ________

**Offender seen** ☐ Yes ☐ No

**Official Responding** ____________ **Date of Response** ____________



"FORMAL NOTICE OF ACTION NEEDED"

PAGE # (2)

The GEO Group, Inc.

## LAWRENCEVILLE CORRECTIONAL CENTER
Lawrenceville, VA

# Offender Request

**DIRECTIONS**
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| RAYNOR | Rabbi: JAMES | H. | # 1007103 | HU-70-71 109 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| N/A | MS. JONES | 4-15-21 |

TO: ☐ Unit Manager ☐ Treatment ☐ Chaplain ☒ Other Ms. Robd Robinson: D.O.C. CONTRACT MONTER ☐ Medical ☐ Mental Health ☐ Facility Admin. ☐ Personal Property ☐ Education ☐ Asst. Facility Admin. ☐ Law Library ☐ Dental ☐ Chief of Housing & Programs ☐ Security ☐ Maintenance ☐ Accounting

**CHECK PURPOSE** ☒ Appointment Request ☐ Question/Statement

ANYWAY MIS. ROBINSON. MS. BULLOCK'S CRIMINAL CONTEMPT OF THE COURT ORDER ALSO PUT'S LIABILITY ALSO ON VA. D.O.C. AND HAROLD W. CLARKE THE DIRECTOR OF VA D.O.C. I FORMALY BY WORD OF MOUTH, AND ON -2-27-21- 3-20-21, 4-6-21, 4-12-21; 4 TIM[ES] I TOLD COUNSELORS OF 70, TO WITHDRAW MY REQUEST FOR KOSHER DIET: I WROTE ON 4-6-21 AS ON EXHIBIT A(3). ON A COMPLAINT LOG # LVCC-21-INF-00852 I WROTE TO WITHDRAW THE REQUEST FOR KOSHER DIET: AFTER ALL I DID TO WITHDRAW THIS, MS. BULLOCK IS FORCING ME TO MOVE TO ANOTHER PRISON WITH COMMON KNOWLEDGE OF THE CRIMINAL CONTEMPT OF COURT ORDER, AND DEFAULT OF SAID SETTL[EM]ENT AGREEMENT CONTRACT: IF SHE IS ALOWED TO DUE THIS, I WILL HAVE CRIMINAL CONTEMPT CHARGES, AND RESUBMIT LEGAL ACTION'S WITH FULL DISCLOSER + JURY TRI[AL] PLEASE TRY AND HELP ME:

**DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE**

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: ______________ Date: ________

Offender seen ☐ Yes ☐ No

Official Responding

Date of Response

VIRGINIA DEPARTMENT OF CORRECTIONS — FORMAL LEGAL NOTICE OF ACTIONS BEING TAKEN FOR CRIMINAL CONTEMPT OF FEDERAL SETTLEMENT AGREEMENT CONTRACT'S — **Written Complaint** 866_F3_10-2

# Written Complaint

CIVIL ACTION'S #(1). 1-13-CV-01117-LMB-JFA #(2). 1-19-CV-1392;

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint.*
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint.*
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Offender Name: RABBI: JAMES H. RAYNOR — Offender Number: # 1007103 — Housing Assignment: H4-70-71-109

Individuals Involved in Incident: MEDICAL DEPARTMENT ADMINISTRATION STAFF: — Date/ Time of Incident: 5-9-21 / 8:00 AM.

**TO:** Mr. COLE YAGAER RN. R.H.S.M. / Ms. KING H.S.A.

**(You must address your issue to institutional staff or an institutional department)**

**In the space provided explain your issue (be specific):** THIS COMPLAINT IS FOR ON GOING VIOLATION'S OF CRIMINAL CONTEMPT OF THE LAWFULL AND LEGAL CONDITION'S OF PLAINTIFF'S FEDERAL SETTLEMENT AGREEMENT CONTRACT'S WITH GEO GROUP INC. AND CAUSING FEDERAL DEFAULTING IT'S LEGAL REQUIREMENT'S IMPOSED UPON THEM. FOR FAILURE TO MEET ALL LEGAL REQUIREMENT'S OF THE FEDERAL EXECUTORY CONTRACT UNDER THE FEDERAL NOTARY SEAL OF CONTRACT BOND: AND IN DOING THIS ENVOKES PLAINTIFF TO LEGALLY ENFORCE THE FEDERAL COURT TO HOLD MEDICAL AND GEO GROUP INC IN CRIMINAL CONTEMPT OF IT'S FEDERAL COURT ORDER: AND PLAINTIFF WILL ASK THE FOR A LAWFUL COURT ORDERED SUBPOENA FOR A MASTER LIEN IMMEDIATELY OF THE AMOUNT OF TEN MILLION DOLLARS. UNTILL ALL LEGAL CONDITION'S OF BOTH SETTLEMENT AGREEMENT CONTRACT'S ARE MET WITHIN (30) DAYS: WHERE AS ALL DEFENDANT'S AND GEO GROUP INC WILL BE LEGALLY LIABLE FOR ALL COST OF COURT, ANY AND ALL FULL ATTORNEY FEES, AND WILL BE LEGALLY RESPONSIBLE FOR ALL INJURIES AND PAIN-AND-SUFFERING: BY DEFENDANT'S DEFAULTING THE LEGAL CONDITION'S OF THEIR S.A. CONTRACT ALSO REVOKE'S IT'S PRIVILEGES + CONDITION'S OF IT-RELEASE OF CLAIMS, AND IT'S CONFIDENTLAITY CLASE ON LINE #(8) P. A(4). AND LEGAL LIABILITY ALSO REVOKES LIENS AGAINST THEM AND CAN BE RIPE FOR LEGAL ACTION'S AND LIEN'S. UNLESS ALL CONDITIONS ARE MET ON BOTH SETTLEMENT AGREEMENT CONTRACT'S WITHIN (30) WORKING DAYS OF THIS DATE

Offender Signature: Rabbi: James H. Raynor 1007103 — Date: 5-9-21

**Offenders - Do Not Write Below This Line**

**Date Received:** ____________ **Response Due:** ____________ **Log Number:** ____________

**Assigned to:** ____________

**Action Taken/Response:**

Respondent Signature — Printed Name and Title — Date

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 30-day time limit has not expired.

**Offender Signature:** ____________ **Date:** ____________

**Staff Witness:** ____________ **Date:** ____________

Exh[illegible] [illegible] FORMAL [illegible] ON FEDERAL DEFAULT OF SETTLEMENT AGREEMENT CONTRACT BY WAY OF THREATING TO MOVE PLAINTIFF ATEMADATION AND OR RETAILATION: AGAINST THE FEDERAL COURT JUDGE'S ORDER:

VIRGINIA
DEPARTMENT OF CORRECTIONS

Written Complaint 866_F3_10-20

"COURT'S COPY"

C.C. COPIES HAS GONE TO MY ATTORNEYS VA. D.O.C. DIRECTOR, GEO GROUP INC. AND FEDERAL COURT:

# Written Complaint

**Instructions for filing**:

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint.*
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint.*
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Offender Name: RABBI: JAMES RAYNOR
Offender Number: # 1007103
Housing Assignment: H4-70-?-109

Individuals Involved in Incident: L.V.C.C. STAFF, AND GEO GROUP INC.
Date/ Time of Incident: 4-1-21 / 3:20 PM.

**TO:** WARDEN: MR. BRECKON: ONLY
**(You must address your issue to institutional staff or an institutional department)**

**In the space provided explain your issue (be specific):** ON 4-1-21 I WAS TOLD IF I WANTED MY FIRST AMENDMENT RIGHT'S UNDER THE RELIGIOUS LAND ACT FOR MY ORTHODOX JEWISH KOSHER DIET, I WOULD BE FORCED TO MOVE FROM L.V.C.C., HOWEVER PLAINTIFF HAS A FEDERAL COURT ORDER TO STAY AT L.V.C.C. DUE TO HIS FEDERAL SETTLEMENT AGREEMENT CONTRACT BUT AS ~~PLA~~ PLAINTIFF'S EXHIBIT-A DATED 9-29-20 THE DAY GEO GROUP INC. INTERED INTO A FEDERAL SETTLEMENT AGREEMENT CONTRACT, THE FEDERAL COURT JUDGE LET BOTH VA. D.O.C. AND GEO GROUP INC. PLAINTIFF CANNOT BE FORCED TO MOVE DUE TO HIS OTHER FEDERAL S.A. CONTRACT: AND A LOOK AT PLAINTIFF'S EXHIBIT A-EVIDENCE: OF THAT HEARING UNDER TRACKING CODE 9-29-20 (ZOOM 9-29-20 RAYNOR)) THIS LEGAL FACT CAN BE SHOWN: AND WILL BE PART OF PLAINTIFF'S EXHIBIT-A. UNDER THE LAW OF VA. 42.1-82 A.2. VIDEO RETENTION # 2000338, AND EVIDENCE COLLECTION PRESERVATION: O.P. EVIDENCE VIDE (030.1-CC), PAGE (3) OF (9):) VIDEO RETENTION OF (EASTERN ZOOM 9-29-20 RAYNOR) IS HERE BY NOW A LEGAL EXHIBIT-A. AND WILL BE A PART OF MY ACTION: WITH THE JUDGE BEING A EXPERT EYEWITNESS OF LEGAL FACT. AS SUCH L.V.C.C. AND GEO GROUP INC. HAS BEEN ALSO GIVEN LEGAL NOTICE OF ACTION'S BEING TAKEN. PLAINTIFF HEREBY WITHDRAWS HIS KOSHER ORTHODOX RELIGIOUS DIET UNTILL THE COURT HEARS THIS CASE AT HAN[D] DUE TO DEFENDANT'S THREAT, ENTEMIDATION + RETAILIATION:

Offender Signature: Rabbi: James H. Raynor # 1007103
Date: 4-2-21

**Offenders - Do Not Write Below This Line**

**Date Received:** ______ **Response Due:** ______ **Log Number:** ______

**Assigned to:** ______

**Action Taken/Response:**

Respondent Signature | Printed Name and Title | Date

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 30-day time limit has not expired.

**Offender Signature:** ______ **Date:** ______

**Staff Witness:** ______ **Date:** ______



VIRGINIA DEPARTMENT OF CORRECTIONS

# Grievance Receipt Report

VACORIS C - #.0
DOC Location: LVCC Lawrenceville Correctional Center
Report generated by Bridgeford, A
Report run on 04/07/2021 at 11:40 AM

ExhiBiT - A-(3)

Grievance Number: LVCC-21-INF-00852

Next Action Date: 4/21/2021 12:00:00 AM

| On this date: | 04/06/2021 | I have received a statement from: |
| --- | --- | --- |
| Raynor, James H | 1007103 of | Lawrenceville Correctional Center 70-71-109-109-T |
| *(Offender Name and DOC#)* | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | |
| In order to observed your Orthodox Jewish Kosher diet that you would be forced to move from LVCC. | | |
| AGreen | | Jobs Coordinator |
| *(Signature)* | | |

PLAINTIFF HAS IN ALL LEGAL FACT WITH DRAWN HIS JEWISH ORTHODOX RELEGIOUS DIET DUE TO DEFENDANT'S, CRIMINAL THREAT INTEMADATION, AND RETAILIATION: UNTILL THIS COURT'S HEARING THIS CASE AND ITS FEDERAL RULE TO PROTECT PLAINTIFF, AND HIS RIGHTS UNDER THE LAWFUL CONDITIONS OF BOTH HIS FEDERAL SETTLEMENT AGREEMENT CONTRACT.

Officer Initials: ____________

EXHIBIT-A- 12 PAGES

Doctor ADAM C. Crowl
ADVANCED orthoPAEdic CENTER
7858 ShrAder Road Richmond VA. 23294
T: (804)270-1305

# EXHIBIT A

SWORN AFFIDAVIT in civil Action, RAYnor V. Pugh: "CASE NO: 1-13-CV-01117-LMB-JFA"

EXPERT WITNESS'ES

→ CONFIMS A Serious INJury Took PLACE AT SUSSEX II S.P. By VA.D.O.C, STAFF:

EXPERT WITNESS #(1)

1 | Page

ADVANCED
ORTHOPAEDICS

OrthoVirginia

August 1, 2016

Ms. Winsky,

I am Dr. Adam C. Crowl of Advanced Orthopaedic Centers, located at 7858 Shrader Road, Richmond, Virginia, 23294, T: (804) 270-1305. I am licensed to practice medicine in Virginia, I am a board certified orthopedic surgeon with a specialty in orthopaedic surgery and a subspecialty in orthopedic spine surgery, and I perform, among other things, nerve decompression surgery, spinal fusion surgery, dural repair, herniated disc surgery, laminectomy procedures, orthopedic spine surgery, spinal compression fracture repair, and spine surgery to treat degenerative, congenital and traumatic disorders of the cervical, thoracic, and lumbar spines. I have an active clinical practice in Richmond, Virginia at Advanced Orthopaedics. My education, experience, training, and other qualifications are set forth in my curriculum vitae, a copy of which is incorporated herein and attached as Exhibit A.

My curriculum vitae is updated through July 2016 and lists publications I have authored. My publications from the last ten years are:

(1) Tannoury T, Crowl AC, Battaglia T, Anderson DG, Chan, DP. Journal of Surgical Orthopaedic Advances, Volume *15*, Number 4, Winter 2005, *A Cadaveric Study Comparing Standard Fluoroscopy with Fluoroscopy-Based Computer Navigation for Screw Fixation of the Odontoid.*

(2) Tannoury T, Crowl AC, Battaglia T, Anderson DG, Chan, DP, Journal of Neurosurgery, Spine, *An Anatomical Study Comparing Standard Fluoroscopy and Vitrual Fluoroscopy for the Placement of CJ-2 Transarticular Screws* (May 2005).

(3) Crowl A.C., and Kang J.D., Clinical Sports Medicine, *Cervical Spine,* D.L. Johnson and S.D. Mair (eds.), Mosby, Philadelphia, PA. 2006.

( 4) Fumich MD, Crowl AC and Kang JD, Current Diagnosis and Treatment in Sports Medicine. Spine Injuries in Athletes. McMahon (ed) McGraw-Hill (2007).

(5) Crowl AC, Decision Making in Spinal Care, *Failed Back Syndromes*, Chap. 34, Vaccaro J. & Anderson, D.C. (eds.) (2007).

My opinions in this matter are based on my training, education, clinical experience, on-going review and understanding of the relevant medical literature, review of the records received in this case, physical examination of Mr. Raynor, and in-person interview with Mr. Raynor.

**WEST END OFFICE** 7858 SHRADER ROAD, RICHMOND, VA 23294
**SOUTHSIDE OFFICES** 13801 ST. FRANCIS BOULEVARD, SUITE 200, MIDLOTHIAN, VA 23114

**PH** (804) 270-1305 / **FX** (804) 273-9294 / WWW.ADVANCEDORTHO.ME

2 | Page

ADVANCED
ORTHOPAEDICS

OrthoVirginia

To date, I have received, reviewed, and considered the following documents in connection with this report:

1. Medical records 4-8-14
2. Medical Records 6-1-15
3. Medical records 6-10-15
4. Medical records 9-4-15
5. Medical records 2-25-14
6. Medical records November 2015 to January 2016
7. Medical records 9-30-13 (X-Ray)
8. MRI Report dated 6-20-2016
9. Amended Complaint
10. Answer to Amended Complaint
11. Declaration of Joseph Ray Jackson
12. Declaration of Darryl Jones
13. Declaration of Kunta Kinte Mullins
14. Declaration of Christopher McManama
15. Declaration of Tony Brooks
16. Declaration of Joseph Daniel Francisco
17. Declaration of John Smith

18. Medical Records Produced by Pugh on 5-11-16 and Bates-labeled:

| 11 | 26 | 27 | 29 | 41 | 42 |
|---|---|---|---|---|---|
| 159 | 164 | 165 | 166 | 175 | 176 |
| 179 | 180 | 184 | 186 | 187 | 189 |
| 199 | 216 | 217 | 226 | 306-310 | 352 |
| 385 | 391 | 394 | 605 | 606 | 635 |
| 685-687 | 711-717 | 723 | 725 | 726 | 908-912 |
| 932 | 956 | 977 | 982 | 988 | 1120 |
| 1206 | 1244 | 1246 | 1257 | 1265 | 1296-1298 |
| 1316 | 1329 | 1331 | 1425 | 1426 | 1436 |
| 1452 | 1453 | 1457 | 1458 | 1491 | 1500 |
| 1508 | 1511 | 1544 | 1546 | 1550 | 1554 |
| 1596 | 1599 | 1600 | | | |

19. Documents from Defendant Pugh's First Production and Bates-labeled:

| 628-632 | 646 | 648 | 690-92 | 710-11 |
|---|---|---|---|---|
| 718 | 720-22 | 724 | 726 | 728 |

WEST END OFFICE 7858 SHRADER ROAD, RICHMOND, VA 23294
SOUTHSIDE OFFICES 13801 ST. FRANCIS BOULEVARD, SUITE 200, MIDLOTHIAN, VA 23114

PH (804) 270-1305 / FX (804) 273-9294 / WWW.ADVANCEDORTHO.ME

3 | Page

ADVANCED
ORTHOPAEDICS

OrthoVirginia

| 730 | 732 | 738-39 | 748-49 | 764 |
|---|---|---|---|---|
| 768 | 774 | 776 | 778-79 | 780 |
| 838 | 840-42 | 850 | 852-54 | 856 |
| 858 | 868 | 870-72 | 874 | 876 |
| 890-93 | 902 | 904 | 906 | 918 |
| 922 | 924 | 926 | 980 | 988 |
| 990 | 994 | | | |

Having treated patients who have suffered the same injuries as Mr. Raynor over the course of my medical career and who have had the same symptoms of lumbar stenosis and lumbar radiculopathy, I am familiar with the types of injuries Mr. Raynor has suffered, the types of treatments such patients receive for those injuries, the permanency of the types of injuries Mr. Raynor experienced, Mr. Raynor's prognosis for recovery, the necessity and reasonableness of medical bills and charges and the ways in which future medical care and procedures would assist Mr. Raynor. My clinical practice is limited to spine patients, and, on an average week, I see 20 patients with lumbar spinal stenosis and spondylolisthesis.

I engage in routine review of medical literature that is available from the American Academy of Orthopaedic Surgeons' website, Orthopaedic Knowledge Update, The Spine Journal, OrthoBullets and this general educational refreshing has contributed to the knowledge base that I utilized in forming my opinions for this matter.

Please find below the report requested on your client, Mr. James Raynor.

Of note, during the entirety of the interview and physical examination, Mr. Raynor was accompanied by two officers. Mr. Raynor's shackles and restraints were removed at my request during the interview and physical examination and replaced at the conclusion of the examination. The examination occurred on June 10th, 2016.

**Chief complaint:** Back pain with bilateral leg radiation with numbness and tingling.

**HPI:** Mr. Raynor reports a long history of intermittent low back pain with some variable radiation into the lower extremities that had previously been managed with activity modifications, gabapentin and ibuprofen. He reports being involved in an altercation with another inmate on January 10, 2013. He reports being struck in the face and falling backward and landing on his buttocks. Since that altercation, Mr. Raynor reports a dramatic increase in back pain, and frequent and debilitating pain radiating down both legs. He also reports numbness and tingling in both legs, left greater than right and progressive difficulty with ambulation tolerance to the point of predominantly staying in a wheelchair. Mr. Raynor reports that prior to his injury he did have back pain and intermittent bouts of radiating pain into the legs. He reports, however, that he was able

WEST END OFFICE 7858 SHRADER ROAD, RICHMOND, VA 23294
SOUTHSIDE OFFICES 13801 ST. FRANCIS BOULEVARD, SUITE 200, MIDLOTHIAN, VA 23114
PH (804) 270-1305 / FX (804) 273-9294 / WWW.ADVANCEDORTHO.ME

4 | Page

to walk and did not utilize a wheelchair frequently. He reports that years ago he was weighing about 578 pounds, however, through exercising he had reduced his bodyweight to approximately 378 pounds. He reports the weight reduction did help with his back pain. He reports prior to his injury, he was able to work in the prison as a cook in the kitchen. He reports prior to his injury, he was using ibuprofen which seemed to help with pain and also Gabapentin which was given for seizures. He reports that he has not been prescribed either medication recently. He reports not knowing the reason for discontinuation of those medications. He reports attempting to stand upright aggravates his pain, sitting down and forward is his most comfortable position. He reports attempting to sit up straight also aggravates pain. He reports the frequency of numbness and radiating pain down the legs has significantly increased. He reports that very quickly after attempting to stand, his legs feel shaky, numbness increases and he becomes weak. He reports upon sitting down and forward, the numbness gradually improves, strength returns and the radiating pain in the legs decreases. He denies peri-genital numbness or saddle anesthesia, and he is able to control urination and defecation but admits that at times he has had fecal urgency and soiled himself. He reports he has seizures, sleep apnea, chronic GI problems with vomiting blood, frequent bowel movements and reports previous right ankle surgery for fracture.

**Physical exam:** Oriented × 4, poorly groomed. Obese male in no obvious distress. Mood and affect are normal. Patient is conversational and cooperative. Bodyweight: 318 lbs.

**Gait:** Non-antalgic, he has significant difficulty with going from sitting to standing. Transferring from wheelchair a few steps to examination table was quite difficult. Mr. Raynor preferred a very forward flexed posture when attempting to stand.

**Skin:** Skin of lumbar spine is normal without hairy patches or dimples. Skin of the remainder of the thoracolumbar spine is also normal. No café au lait spots. No rash.

**Reflexes:** Upper extremity reflexes demonstrate 2+ bicep, 2+ tricep and 2+ brachioradialis reflexes bilaterally. Patient does have positive Hoffmann sign on the left. In the lower extremities he has 2+ knee jerks bilaterally and diminished ankle jerk reflexes bilaterally. No clonus in either foot.

**Cervical spine:** No tenderness to palpation in the cervical spine, skin is normal. Range of motion is somewhat limited in extension but not painful, Spurling's maneuver is negative right and left. Motor strengths are normal and symmetric C5-T1 right and left upper extremity. Sensation is intact to light touch C5-T1 right and left upper extremity.

**Thoracic spine:** Some accentuated kyphosis of the thoracic spine, he is nontender to palpation however and sensation is normal along the thoracic dermatomes.

WEST END OFFICE 7858 SHRADER ROAD, RICHMOND, VA 23294.
SOUTHSIDE OFFICES 13801 ST. FRANCIS BOULEVARD, SUITE 200, MIDLOTHIAN, VA 23114

PH (804) 270-1305 / FX (804) 273-9294 / WWW.ADVANCEDORTHO.ME

5 | Page

ADVANCED
ORTHOPAEDICS

OrthoVirginia

**Lumbar spine:** Patient has loss of the normal lumbar lordosis and a more flattened posture in the lumbar spine, he much prefers a forward flexed posture both when attempting to stand but also with sitting he finds more comfort leaning forward with hands on the knees and significant pain with trying to sit straight and erect. He reports significant pain with attempted lumbar extension in sitting position. He is able to flex forward in the sitting position with less discomfort. He has some minor tenderness to palpation in the paraspinal musculature, no mass lesions felt. No spasms. Straight leg raise on both the right and left lower extremity is negative for back or radiating leg pain. Motor strength he demonstrates normal hip flexion, hip abduction, hip adduction, knee extension is somewhat limited secondary to pain mostly on the left, he is able to demonstrate 3/5 dorsiflexion on the left 4/5 on the right, plantar flexion 3/5 right and left lower extremity. Sensation is somewhat diminished in a L5 distribution in both lower extremities. He reports greater sensory deficit in left lower extremity than the right.

**Joints:** He has well healed scar to ~~Right~~ LEFT ankle from previous ORIF. He has decreased PROM of right ankle as compared to the left. He has poor grooming of the toes of both feet and obvious onychomycosis of his toe nails on both beet.

**Circulation:** He has 1+edema in both ankles and evidence of venous stasis disease. Dorsalis pedis pulses are palpable and symmetric bilaterally.

**Radiology:** 4 views of lumbar spine obtained during the examination demonstrate a loss of normal lumbar lordosis, do not see evidence of fracture, no lytic or blastic lesions. There are degenerative changes of the disc space and spondylosis at L4-5 and L5-S1. There is evidence of a spondylolisthesis measuring 13 mm at L4-L5, on flexion, there is no increase in the spondylolisthesis however there is increased kyphosis. There is also posterior disc space height loss due to disc degeneration at L3-L4, there is more disc degeneration seen at the thoracolumbar junction at L1-L2 T12-L1 and T11-12 but no fracture. Appears to have positive sagittal balance. MRI from June 20, 2016 is reviewed, this demonstrates marked disc degeneration at L5-S1, of important note is that the disc space height at L4-5 is relatively well preserved in the spondylolisthesis in the supine position is reduced to about 4-5 mm. His multilevel disc degeneration relatively mild at L3-L4 L2-L3 and L1-L2 and at T11-12. There is no cord compression of the distal conus or upper lumbar stenosis. On the axial cuts at L5-S1 there is considerable facet arthropathy at L5-S1 but no central stenosis, there is some mild right greater than left foraminal stenosis there, at L4-L5 is evidence of facet tropism, there is marked facet arthropathy at L4-L5 bilaterally, in the supine reduced position there is mild lateral recess and mild central stenosis L3-L4 appears widely patent as well as at L2-L3.

**WEST END OFFICE** 7858 SHRADER ROAD, RICHMOND, VA 23294
**SOUTHSIDE OFFICES** 13801 ST. FRANCIS BOULEVARD, SUITE 200, MIDLOTHIAN, VA 23114

**PH** (804) 270-1305 / **FX** (804) 273-9294 / WWW.ADVANCEDORTHO.ME