# PRISONERS DATABASE




RECEIVED MAILROOM
JUL -1 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## MAIN PAGE

**All Records for James Raynor**

| RecordID | PrisonerID | File Date | Judge | RecDate | Office | Year | CV | Num | Action | Disposition | Three Strikes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32599 ADD RECORD | 1007103 | 2021-06-30 | Brinkema | 2021-06-24 | 1 | 21 | cv | 999 | 42:1983pr | | --- |
| 31010 ADD RECORD | 1007103 | 2019-10-30 | Brinkema | 2019-10-23 | 1 | 19 | cv | 1392 | 42:1983pr | | --- |
| 29330 ADD RECORD | 1007103 | 2018-03-30 | Brinkema | 2018-03-30 | 1 | 18 | cv | 367 | WRIT | | |
| 29012 ADD RECORD | 1007103 | 2017-11-15 | Brinkema | 2017-11-13 | 1 | 17 | cv | 1308 | 42:1983pr | | |
| 26849 ADD RECORD | 1007103 | 2015-06-30 | Brinkema | 2015-06-26 | 1 | 15 | cv | 842 | 42:1983pr | | |
| 25200 ADD RECORD | 1007103 | 2013-09-03 | Brinkema | 2013-08-29 | 1 | 13 | cv | 1117 | 42:1983pr | | |
| TOTAL RECORDS:6 | | | | | | | | | | | |